**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
JOHNSTOWN DIVISION**

IN RE:                                               Case No. 18-70832-JAD
                                                          Chapter 13

WILLIAM R. CITERONI

Debtor(s).

## NOTICE OF APPEARANCE

**WBL SPE III, LLC**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Christopher M. McMonagle, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976**

By:      _/s/ Christopher M. McMonagle, Esquire_
            Christopher M. McMonagle, Esquire,
            Bar No: 316043
            Stern & Eisenberg, PC
            1581 Main Street, Suite 200
            The Shops at Valley Square
            Warrington, PA 18976
            Phone: (215) 572-8111
            Fax: (215) 572-5025
            cmcmonagle@sterneisenberg.com
            Attorney for Creditor

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 8th day of January, 2019, to the following:

Corey J. Sacca
Bononi & Company
20 North Pennsylvania Avenue
Greensburg, PA 15601
csacca@bononilaw.com
***Attorney for Debtor(s)***


Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com
***Chapter 13 Trustee***


U.S. TRUSTEE
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov
***U.S. Trustee***


and by standard first class mail postage prepaid to:

William R. Citeroni
116 Red Maple Drive
Homer City, PA 15748
***Debtor(s)***


                                        By:      */s/Christopher M. McMonagle, Esquire*