**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **William R. Citeroni** | : | **Case No.: 18-70832** |
| | : | **Chapter 13** |
| **Debtor(s).** | : | **Judge Jeffery A. Deller** |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |
| | : | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

TO:    THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE UNITED
       STATES TRUSTEE, THE DEBTOR AND HIS ATTORNEY OF RECORD HEREIN
       AND TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE, that pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C.

Section 102(1) and all other applicable law, the undersigned, as counsel of record for Huntington

National Bank, its successor and assigns ("Creditor"), a creditor of the above-named Debtor and

a party-in-interest in the captioned bankruptcy case, hereby requests that all notices given or

required to be given in this case, and all papers served or required to be served in this case, be

given to and served upon the undersigned at the following office, address and telephone number:

> Karina Velter, Esquire
> MANLEY DEAS KOCHALSKI LLC
> P.O. Box 165028
> Columbus, OH  43216-5028
> 614-222-4921
> Atty File No.: 19-014074

The foregoing request includes not only the notices and papers referred to in the Rules specified

above, but also includes without limitation, orders and notices of any application, motion,

petition, pleading, request, complaint or demand, whether formal or informal, whether written or

oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, fax or

otherwise which affect or seek to affect in any way any rights or interest of the Debtor.

19-014074_FXF

Respectfully submitted,

/s/ Karina Velter
Karina Velter, Esquire (94781)
Adam B. Hall
Sarah E. Barngrover
Edward H. Cahill
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina
Velter.
Contact email is kvelter@manleydeas.com

19-014074_FXF

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | **:** | |
| | **:** | |
| **William R. Citeroni** | **:** | **Case No.: 18-70832** |
| | **:** | **Chapter 13** |
| **Debtor(s).** | **:** | **Judge Jeffery A. Deller** |
| | **:** | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| | **:** | |
| | **:** | |

## CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on April 17, 2019.

Service by ECF:
Office of the United States Trustee, Liberty Center, 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA  15219

Corey J. Sacca, Attorney for  William R. Citeroni, 20 North Pennsylvania Avenue, Greensburg, PA  15601, csacca@bononilaw.com

Service by First-Class Mail:
William R. Citeroni and Marie D Cornman, 116 Red Maple Drive, Homer City, PA 15748

EXECUTED ON: April 17, 2019

By: /s/ Karina Velter
Signature
Karina Velter, Esquire
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address
614-220-5611
Phone No.
94781
List Bar I.D. and State of Admission

19-014074_FXF