# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

**Debtor:** WILLIAM R. CITERONI
**Case Number:** 18-70832-JAD     **Chapter:** 13
**Date / Time / Room:** FRIDAY, MAY 31, 2019 11:00 AM   COURTROOM B

**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** SCOTT KOZAR
**Reporter / ECR:** N/A

## Matter:

Motion For Relief From Automatic Stay filed by Huntington National Bank
- Response Filed 5/18/2019 by Debtor @ Doc. #36 [Due 5/18/2019]
- Exhibit filed by Huntington Natl Bank filed 5/2/2019 @ Doc. #35
R / M #:  32 / 0

## Appearances:

TRUSTEE: WINNECOUR / PAIL / KATZ / DESIMONE
DEBTOR(S): Corey J. Sacca, Esq.
CREDITOR: Karina Velter, Esq. /H*rs/

## Proceedings:

___ Motion is GRANTED / DENIED
___ Special Type Of Order:
✓ CONTINUE MATTER:
   ✓ For At Least _14_ Days (Court To Issue Scheduling Order)
   ___ To Hearing Date Of _____ at _____ AM/PM at
   ___ To Conciliation Conference For _____ at _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
   ___ Evidentiary Hearing On Value And Cram-Down Interest
   ___ Complex / Pretrial Order - NONJURY / JURY
   ___ Simple / Pretrial Order - NONJURY / JURY
   ___ Parties To Undertake Discovery - Discovery Period: ____ days
___ SETTLEMENT STIPULATION IS DUE _____
___ OTHER:

FILED
5/31/19 1:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
U.S. Bankruptcy Judge