# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

| | |
|---|---|
| **Debtor:** | WILLIAM R. CITERONI |
| **Case Number:** | 18-70832-JAD      **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, JUNE 13, 2019   11:30 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
6/14/19 9:18 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#37 - Amended Plan Dated 5/28/2019 - NFC
R / M #:  37 / 0

### Appearances:

Debtor: Sacca

Trustee: Winnecour / Pail / Katz / **DeSimone**

Creditor: WPLSP  Pavlovich

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __✓__ Plan/Motion continued to __8-8-19__ at __11:30__.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

6/6/2019   4:05:32PM