**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 18-70832-JAD |
| | ) | |
| William R. Citeroni | ) | Chapter 13 |
|     Debtor | ) | Document No._____ |
| _____ | ) | |
| William R. Citeroni | ) | |
|     Movant | ) | Related to Doc. #40 |
| vs. | ) | |
| | ) | |
| NO RESPONDENTS | ) | |

ORDER

AND NOW, to wit, this ____13th_____ day of _____June_____ 2019, upon consideration of Movant's Motion to Continue Conciliation Conference Scheduled for June 13, 2019, it is HEREBY ORDERED, ADJUDGED, and DECREED that the Conciliation Conference scheduled for June 13, 2019, shall be continued and rescheduled to June 27, 2019 at 3:30 PM at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

BY THE COURT:

_____sjk
Jeffery A. Deller, Judge
United States Bankruptcy Court

FILED
6/13/19 8:12 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                             United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                                  Case No. 18-70832-JAD
William R. Citeroni                                                     Chapter 13
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0315-7          User: dkam                  Page 1 of 2                  Date Rcvd: Jun 13, 2019
                              Form ID: pdf900             Total Noticed: 49


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2019.
db            +William R. Citeroni,    116 Red Maple Drive,    Homer City, PA 15748-6908
14980063      +ACAR Leasing LTD d/b/a GM Financial Leasing,    PO Box 183853,    Arlington, TX 76096-3853
14957571      +AmeriCredit/GM Financial,    Attn: Bankruptcy,    Po Box 183853,    Arlington, TX 76096-3853
14957572      +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
15064159      +CONSOLIDATED RECOVERY GROUP, LLC,    1835A S. CENTRE CITY PKWY, STE. 402,
                ESCONDIDO, CA 92025-6525
14957575      +Chase Card Services,    Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
14957576      +Citi/Sears,    Citibank/Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
14991393      +Citibank, N.A.,    Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
14957577      +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                St Louis, MO 63179-0034
14957578      +Citizens Bank,    Attention: ROP-15B,    1 Citizens Drive,    Riverside, RI 02915-3035
14972517      +Citizens Bank NA,    One Citizens Bank Way JCA 115,    Johnston RI 02919-1922
14957579      +Cnsldtd Rcvy,    425 W 5th Ave Ste 103,    Escondido, CA 92025-4843
14992388     ++FARMERS NATIONAL BANK OF CANFIELD,    PO BOX 228,    NILES OH 44446-0228
              (address filed with court: Farmers National Bank of Canfield,     PO Box 228,    Niles, OH 44446)
14957583      +Farmers Ntl,    20 S Broad St,    Canfield, OH 44406-1401
14957584      +First Nataional Bank/Legacy,    Attn: Bankruptcy,    Po Box 5097,    Sioux Falls, SD 57117-5097
14957585      +First National Bank,    Attn: Bankruptcy,    4140 E. State Street,    Hermitage, PA 16148-3401
14957587      +Mariner Finance, LLC,    8211 Town Center Dr.,    Nottingham, MD 21236-5904
14972514      +One Citizens Bank Way JCA114,    Johnston RI 02919-1922
14957595      +Trac/CBCD/Citicorp,    Citicorp Credit/Centralized Bankruptcy,    Po Box 20507,
                Kansas City, MO 64195-0507
14994053       UNITED STATES DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,
                MADISON, WI, 53708-8973
14957596     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US Bank/RMS CC,    Attn: Bankruptcy,    Po Box 5229,
                Cincinnati, OH 45201)
14957597      +US Deptartment of Education/Great Lakes,    Attn: Bankruptcy,    Po Box 7860,
                Madison, WI 53707-7860
14991125      +WBL SPE III, LLC,    c/o Stern & Eisenberg, PC,    1581 Main St. Suite 200,
                Warrington, PA 18976-3403
14957598      +WBL SPE III, LLC,    c/o Jaclyn M. DiPaola,    Flaherty Fardo LLC,    812 Ivy Street,
                Pittsburgh, PA 15232-2406
14975608       WELLS FARGO BANK, N.A., et.al.,    OCWEN LOAN SERVICING, LLC,    ATTN: BANKRUPTCY DEPARTMENT,
                P.O. BOX 24605,    WEST PALM BEACH FL 33416-4605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14957573       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 14 2019 02:57:31
                Bayview Financial Loan,    Attn: Bankruptcy Dept,    4425 Ponce De Leon Blvd. 5th Floor,
                Coral Gables, FL 33146-1873
14988180       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 14 2019 02:57:31
                Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
                Coral Gables, FL 33146-1837
14957574       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 14 2019 02:52:09     Capital One,
                Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14984216        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 14 2019 02:52:36
                Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                Charlotte, NC  28272-1083
14957580       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 14 2019 02:56:38     Comenitybank/wayfair,
                Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
14957581       +E-mail/PDF: creditonebknotifications@resurgent.com Jun 14 2019 02:52:14     Credit One Bank,
                Attn: Bankruptcy,    Po Box 98873,    Las Vegas, NV 89193-8873
14960870        E-mail/Text: mrdiscen@discover.com Jun 14 2019 02:56:22     Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14957582       +E-mail/Text: mrdiscen@discover.com Jun 14 2019 02:56:22     Discover Financial,    Po Box 3025,
                New Albany, OH 43054-3025
14957586       +E-mail/Text: bankruptcy@huntington.com Jun 14 2019 02:57:03     Huntington Natl Bk,
                Attn: Bankruptcy,    Po Box 340996,    Columbus, OH 43234-0996
14966266        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 14 2019 02:52:15     LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14966267        E-mail/Text: bkr@cardworks.com Jun 14 2019 02:55:42     MERRICK BANK,
                Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14957588       +Fax: 407-737-5634 Jun 14 2019 03:35:59     Ocwen Loan Servicing,    Attn: Research/Bankruptcy,
                1661 Worthington Rd   Ste 100,    West Palm Beach, FL 33409-6493
14957589       +E-mail/Text: bankruptcy@ondeck.com Jun 14 2019 02:57:51     On Deck Capital Inc.,
                1400 Broadway,   25th Floor,    New York, NY 10018-5225
14986582       +E-mail/Text: bankruptcy@ondeck.com Jun 14 2019 02:57:52     On Deck Capital, Inc.,
                101 West Colfax Ave., 10th Floor,    Denver, CO 80202-5167
14986984        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 14 2019 02:53:17
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14958881       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 14 2019 02:52:12
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
```

```
District/off: 0315-7          User: dkam                  Page 2 of 2                  Date Rcvd: Jun 13, 2019
                              Form ID: pdf900             Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
14986579       E-mail/Text: bnc-quantum@quantum3group.com Jun 14 2019 02:56:46
               Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
14991087      +E-mail/Text: bncmail@w-legal.com Jun 14 2019 02:57:21      SYNCHRONY BANK,
               c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
14957590      +E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2019 02:52:30       Syncb/hdceap,   Attn: Bankruptcy,
               Po Box 965060,    Orlando, FL 32896-5060
14957591      +E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2019 02:52:30       Synchrony Bank,
               Attn: Bankruptcy,     Po Box 965060,    Orlando, FL 32896-5060
14957592      +E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2019 02:52:05       Synchrony Bank/ JC Penneys,
               Attn:  Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
14957593      +E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2019 02:52:05       Synchrony Bank/Gap,
               Attn:  Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
14957594      +E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2019 02:53:04       Synchrony Bank/Lowes,
               Attn:  Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
14975439      +E-mail/Text: bankruptcy@huntington.com Jun 14 2019 02:57:03       The Huntington National Bank,
               PO Box 89424,    Cleveland, OH 44101-6424
                                                                                              TOTAL: 24

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Bayview Loan Servicing as servicer for Metropolita
cr             Huntington National Bank
cr             WBL SPE III, LLC
cr             WELLS FARGO BANK, N.A. ET. AL.
cr*           +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTALS: 4, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2019 at the address(es) listed below:
```
              Christopher M. McMonagle    on behalf of Creditor    WBL SPE III, LLC cmcmonagle@sterneisenberg.com,
               bkecf@sterneisenberg.com
              Corey J. Sacca    on behalf of Debtor William R. Citeroni csacca@bononilaw.com,
               coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
              James Warmbrodt     on behalf of Creditor    Bayview Loan Servicing as servicer for Metropolitan
               Life Insurance bkgroup@kmllawgroup.com
              Karina Velter     on behalf of Creditor    Huntington National Bank amps@manleydeas.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas Song    on behalf of Creditor    WELLS FARGO BANK, N.A. ET. AL. pawb@fedphe.com
                                                                                              TOTAL: 7
```