# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>William R. Citeroni<br>    Debtor(s)<br><br>Huntingdon National Bank<br>    Movant(s)<br>        v.<br><br>William R. Citeroni and Marie Cornman<br>    Respondent(s) | Bankruptcy No. 18-70832-JAD<br><br>Chapter 13<br><br>Related to<br>Document No. 32 and 45 |

## ORDER

AND NOW, to wit, this __26th__ day of __June__ 2019, upon consideration of the consented to Motion for Continuance of Hearing on Motion for Relief of Stay, it is HEREBY ORDERED, ADJUDGED, and DECREED that the hearing scheduled for June 28, 2019, shall be continued to the __26th__ day of __July__, 2019 at __11:00__ a.m. in Courtroom B, Penn Traffic Building, 319 Washington Street, Johnstown, PA 15901*.

BY THE COURT:

_____ sjk
Jeffery A. Deller, Judge
United States Bankruptcy Court

*NOTE: Video Conferencing equipment has been installed in Courtroom B in Johnstown, Pennsylvania and also in Courtroom D in Pittsburgh, Pennsylvania. Counsel can appear before the Court in either location.

FILED
6/26/19 7:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
William R. Citeroni  
    Debtor

Case No. 18-70832-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-7     User: dkam     Page 1 of 1     Date Rcvd: Jun 26, 2019  
                  Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2019.  
db           +William R. Citeroni,    116 Red Maple Drive,    Homer City, PA 15748-6908

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2019 at the address(es) listed below:  
         Christopher M. McMonagle    on behalf of Creditor    WBL SPE III, LLC cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com  
         Corey J. Sacca    on behalf of Debtor William R. Citeroni csacca@bononilaw.com, coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com  
         James Warmbrodt    on behalf of Creditor    Bayview Loan Servicing as servicer for Metropolitan Life Insurance bkgroup@kmllawgroup.com  
         Karina Velter    on behalf of Creditor    Huntington National Bank amps@manleydeas.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         Thomas Song    on behalf of Creditor    WELLS FARGO BANK, N.A. ET. AL. pawb@fedphe.com  
                                                                                                               TOTAL: 7