## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

### Conciliation Conference:

|  |  |  |  |
|---|---|---|---|
| Debtor: | WILLIAM R. CITERONI | | |
| Case Number: | 18-70832-JAD | Chapter: | 13 |
| Date / Time / Room: | FRIDAY, JULY 26, 2019 11:00 AM  COURTROOM B | | |
| Bankruptcy Judge: | JEFFERY A. DELLER | | |
| Courtroom Clerk: | SCOTT KOZAR | | |
| Reporter / ECR: | N/A | | |

### Matter:

Motion For Relief From Automatic Stay filed by Huntington National Bank
- Response Filed 5/18/2019 by Debtor @ Doc. #36 [Due 5/18/2019]
- Exhibit filed by Huntington Natl Bank filed 5/2/2019 @ Doc. #35
- Hearing Held 5/31/2019 - Continued to 6/28/2019
- O/E 6/26/2019 Continuing/Rescheduling Hearing Until 7/26/2019

R / M #: 32 / 0

### Appearances:

TRUSTEE: WINNECOUR / PAIL / KATZ / DESIMONE
DEBTOR(S): Corey J. Sacca, Esq.
CREDITOR: Karina Velter, Esq.

### Proceedings:

\_\_\_ Motion is GRANTED / DENIED
\_\_\_ Special Type Of Order:
✓ CONTINUE MATTER:
  \_\_✓\_\_ For At Least **30** Days (Court To Issue Scheduling Order)
  \_\_\_ To Hearing Date Of _____ at \_\_\_\_\_ AM/PM at _____

  \_\_\_ To Conciliation Conference For _____ at
       _____ AM/PM at _____
\_\_\_ ISSUE EVIDENTIARY HEARING NOTICE
  \_\_\_ Evidentiary Hearing On Value And Cram-Down Interest
  \_\_\_ Complex / Pretrial Order - NONJURY / JURY
  \_\_\_ Simple / Pretrial Order - NONJURY / JURY
  \_\_\_ Parties To Undertake Discovery - Discovery Period: \_\_\_ days
\_\_\_ SETTLEMENT STIPULATION IS DUE _____
\_\_\_ OTHER:

**- Scheduling Order to be issued continuing hearing for at least 30 days**

FILED
7/29/19 1:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
U.S. Bankruptcy Judge