# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| WILLIAM R. CITERONI, | : | Bankruptcy No. 18-70832-JAD |
| Debtor. | : | Chapter 13 |
| HUNTINGTON NATIONAL BANK, | : | |
| Movant, | : | |
| v. | : | Related To ECF No. 32 |
| WILLIAM R. CITERONI, MARIE D. CITERONI, and RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE, | : | |
| Respondents. | : | |

## ORDER CONTINUING HEARING

**AND NOW**, this **29th** day of **July, 2019**, a hearing having been held on July 26, 2019, regarding the *Motion For Relief From Automatic Stay and Co-Debtor Stay* filed at ECF No. 32 by Huntington National Bank; and, the responsive pleading filed thereto by Debtor at ECF No. 35;

**IT IS HEREBY ORDERED** that the hearing on the above-referenced matter **IS CONTINUED TO Wednesday, September 4, 2019**, at **11:00 AM** in Courtroom B, First Floor, Penn Traffic Building, 319 Washington Street, Johnstown, Pennsylvania 15901.*

_____  mas
Jeffery A. Deller
U.S. Bankruptcy Judge

* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video conferencing equipment will be utilized. This allows the parties to appear at either Courtroom B in Johnstown, PA or in Courtroom D in Pittsburgh, PA.

**CASE ADMINISTRATOR SHALL SERVE:**
William R. Citeroni
Corey J. Sacco, Esquire
Karina Velter, Esquire
Ronda J. Winnecour, Esquire
Office of United States Trustee

FILED
7/29/19 2:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 18-70832-JAD
William R. Citeroni                                                   Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7         User: msch              Page 1 of 1              Date Rcvd: Jul 29, 2019
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2019.
db         +William R. Citeroni,    116 Red Maple Drive,    Homer City, PA 15748-6908

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Huntington National Bank
                                                                                    TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2019                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2019 at the address(es) listed below:
              Christopher M. McMonagle    on behalf of Creditor    WBL SPE III, LLC cmcmonagle@sterneisenberg.com,
               bkecf@sterneisenberg.com
              Corey J. Sacca    on behalf of Debtor William R. Citeroni csacca@bononilaw.com,
               coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
              James Warmbrodt    on behalf of Creditor    Bayview Loan Servicing as servicer for Metropolitan
               Life Insurance bkgroup@kmllawgroup.com
              Karina Velter    on behalf of Creditor    Huntington National Bank amps@manleydeas.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas Song    on behalf of Creditor    WELLS FARGO BANK, N.A. ET. AL. pawb@fedphe.com
                                                                                             TOTAL: 7