UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | |
|---|---|
| **Debtor:** | WILLIAM R. CITERONI |
| **Case Number:** | 18-70832-JAD    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, AUGUST 08, 2019 11:30 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
8/12/19 1:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#37 - Continued Confirmation of Plan Dated 5/28/2019 (NFC)
+Objections By:  WBL SEP III, LLC
R / M #:  37 / 0

**Appearances:**

Debtor:
Trustee: Winnecour / Pail / Katz / (DeSimone)

Creditor: WBLSPE : Pavlovich

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to  10-24-19  at  11-30  .

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

continue for resolution of treatment of claim # 19

7/31/2019   1:12:55PM