IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 18-70832 |
| William R. Citeroni | : Chapter 13 |
| | : Judge Jeffery A. Deller |
| Debtor(s) | : * * * * * * * * * * * * * * * * * |
| | : |
| Huntington National Bank | : Date and Time of Hearing |
| Movant, | : September 4, 2019 at 11:00 a.m. |
| vs | : |
| | : Place of Hearing |
| William R. Citeroni | : Courtroom B, First Floor |
| Marie D Cornman | : Penn Traffic Building, |
| | : 319 Washington Street, |
| Ronda J. Winnecour | : Johnstown, PA 15901 |
| Respondents. | Related Document # 32 and 52 |

### ORDER OF COURT

AND NOW, to wit, this _31st_ day of _August_, 2019, upon consideration of the foregoing Stipulation for Settlement of Movant's Motion for Relief from the Automatic Stay, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. The terms of the foregoing Stipulation are hereby approved in their entirety and incorporated herein as part of this Order.

2. Pursuant to the Stipulation, Movant is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.

By the Court:

_____
JEFFERY A. DELLER, JUDGE
UNITED STATES BANKRUPTCY COURT

CC:

Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 (notified by ecf)

Office of the United States Trustee, Liberty Center, 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222 (notified by ecf)

4

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219 (notified by ecf)

Corey J. Sacca, Attorney for Debtor and/or Co-Debtor, 20 North Pennsylvania Avenue, Greensburg, PA 15601 (notified by ecf)

William R. Citeroni and Marie D Cornman, Debtor and/or Co-Debtor, 116 Red Maple Drive, Homer City, PA 15748 (notified by regular US Mail)

FILED
8/30/19 12:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

5

United States Bankruptcy Court
Western District of Pennsylvania

In re:
William R. Citeroni
    Debtor

Case No. 18-70832-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-7    User: dkam    Page 1 of 1    Date Rcvd: Sep 04, 2019
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2019.
db         +William R. Citeroni,   116 Red Maple Drive,   Homer City, PA 15748-6908

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2019                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2019 at the address(es) listed below:
         Christopher M. McMonagle    on behalf of Creditor    WBL SPE III, LLC cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
         Corey J. Sacca    on behalf of Debtor William R. Citeroni csacca@bononilaw.com, coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
         James Warmbrodt    on behalf of Creditor    Bayview Loan Servicing as servicer for Metropolitan Life Insurance bkgroup@kmllawgroup.com
         Karina Velter    on behalf of Creditor    Huntington National Bank amps@manleydeas.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         Sarah Barngrover    on behalf of Creditor    Huntington National Bank amps@manleydeas.com
         Thomas Song    on behalf of Creditor    WELLS FARGO BANK, N.A. ET. AL. pawb@fedphe.com
                                                                                                                   TOTAL: 8