Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Telephone: (215) 572-8111
Facsimile: (215) 572-5025
(COUNSEL FOR MOVANT)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: William R. Citeroni<br>　　　　Debtor(s)<br>------------------------------------------------------<br><br>WBL SPE III, LLC.<br>　　　　Movant<br>v.<br>　　　William R. Citeroni<br>　　　　Respondent | Chapter: 13<br><br>Bankruptcy Case: 18-70832-JAD<br><br>Judge: Jeffery A. Deller<br><br>Hearing: October 24, 2019<br><br>Related to Document No.  37 and No. 44 |

## ORDER APPROVING STIPULATION/CONSENT ORDER
## RESOLVING OBJECTION TO CHAPTER 13 PLAN

AND NOW, this _____ day of _____, 2019, upon consideration of the
Stipulation between Debtor and WBL SPE III, LLC., it is hereby ORDERED and DECREED that the
Stipulation is APPROVED and made an Order of the Court.


BY THE COURT:


_____
UNITED STATES BANKRUPTCY JUDGE

Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Telephone: (215) 572-8111
Facsimile: (215) 572-5025
(COUNSEL FOR MOVANT)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: William R. Citeroni | Chapter: 13 |
| Debtor(s) | |
| --------------------------------------------------- | Bankruptcy Case: 18-70832-JAD |
| WBL SPE III, LLC. | |
| Movant | Judge: Jeffery A. Deller |
| v. | |
| William R. Citeroni | Hearing: October 24, 2019 |
| Respondent | |
| | Related to Document No.  37 and No. 44 |

**STIPULATION RESOLVING OBJECTION OF WBL SPE III, LLC. TO CHAPTER 13 PLAN**

Upon the Amended Chapter 13 Plan of William R. Citeroni ("Debtor") and the Objection thereto filed by WBL SPE III, LLC. ("Creditor"), through its Counsel, Stern & Eisenberg, PC, and the parties agreeing to the entry of the Order settling the Objection to Plan, and for cause shown, it is hereby ORDERED and DECREED as follows:

1. Creditor's Objection to Plan is hereby resolved.
2. Debtor shall pay the secured portion of Creditor's claim (Proof of Claim 19-1) in the amount of $300,000.00 at 5.25% interest over the course of the 60-month Chapter 13 Bankruptcy Plan.
3. The remaining $74,649.12 of Creditor's claim shall be paid *pro rata* as an unsecured claim.

By signing this Stipulation/Consent Order, Debtor's Counsel represents that Debtor is familiar with and understand the terms of the Stipulation/Consent Order and agree to said terms regardless of whether Debtor has actually signed said stipulation. Seen and agreed by the parties on the date set forth below:

/s/Christopher M. McMonagle, Esq.
Christopher M. McMonagle, Esq.
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Telephone: (215) 572-8111
cmcmonagle@sterneisenberg.com
Counsel for Creditor
Date: October 21, 2019

/s/ Corey J. Sacca
Corey J. Sacca, Esquire
20 North Pennsylvania Ave.
Greensburg, PA 15601
724-832-2499
Fax: 724-836-0370
Email: csacca@bononilaw.com
Counsel for Debtor(s)

Date: 10/23/2019

/s/ Jana Pail, Chapter 13 Trustee Attorney
Ronda J. Winnecour, Chapter 13 Trustee
Email: rwinnecour@chapter13trusteewdpa.com
Date: 10/23/2019