# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

FILED
2019 OCT 25 AM 8: 37
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

### *Conciliation Conference:*

- **Debtor:** WILLIAM R. CITERONI
- **Case Number:** 18-70832-JAD    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, OCTOBER 24, 2019 11:30 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matter:*

#37 - Continued Confirmation of Plan Dated 5/28/2019 (NFC)
  +Continued Objection by: WBL SEP III, LLC
R / M #: 37 / 0

### *Appearances:*

Debtor: Sacca
Trustee: Winnecour / Pail / Katz / **DeSimone**
Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to __12-19__ at __2:00__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: _____ at _____.
10. ✓ Other:

Cont for stipulated order

10/15/201' 4:32:21PM