Form 149

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**William R. Citeroni**
Debtor(s)

Bankruptcy Case No.: 18–70832–JAD
Issued Per 12/19/2019 Proceeding
Chapter: 13
Docket No.: 61 – 37, 56
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED**
**AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated 5/28/2019 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☒ A.   For the remainder of the Plan term, the periodic Plan payment is amended to be $10,605 as of January 2020. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.   The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C.   Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.   Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.   The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.   shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☒ G.   The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Met Life [Claim #15] .

☒ H.   Additional Terms: Fee application needed if any fee (including retainer) exceeds $4000 including any fees paid to prior counsel.

The secured claim(s) of the following creditor(s) shall govern as to claim amount, to be paid at the modified plan terms: Farmers National Bank [Claim #21–2] and [Claim 22–2] with payment determined by Trustee.

WBL SPE III, LLC [Claim #9] to be paid per stipulated order of 10/23/2019.

*(2.)*  ***IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:***

**A.**     **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.**     **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.**     **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.**     **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.**     **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)* **IT IS FURTHER ORDERED THAT:**

**A.** After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: December 20, 2019

Jeffery A. Deller
United States Bankruptcy Judge

cc: All Parties in Interest to be served by Clerk in seven (7) days

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                                   Case No. 18-70832-JAD
William R. Citeroni                                                      Chapter 13
           Debtor
                                CERTIFICATE OF NOTICE
District/off: 0315-7          User: skoz                  Page 1 of 2                  Date Rcvd: Dec 20, 2019
                              Form ID: 149                Total Noticed: 50


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2019.
db             +William R. Citeroni,    116 Red Maple Drive,    Homer City, PA 15748-6908
14980063       +ACAR Leasing LTD d/b/a GM Financial Leasing,    PO Box 183853,    Arlington, TX 76096-3853
14957572       +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
15064159       +CONSOLIDATED RECOVERY GROUP, LLC,    1835A S. CENTRE CITY PKWY, STE. 402,
                 ESCONDIDO, CA 92025-6525
14957575       +Chase Card Services,    Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
14957576       +Citi/Sears,    Citibank/Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
14991393       +Citibank, N.A.,    Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
14957577       +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
14957578       +Citizens Bank,    Attention: ROP-15B,    1 Citizens Drive,    Riverside, RI 02915-3035
14972517       +Citizens Bank NA,    One Citizens Bank Way JCA 115,    Johnston RI 02919-1922
14957579       +Cnsldtd Rcvy,    425 W 5th Ave Ste 103,    Escondido, CA 92025-4843
14992388      ++FARMERS NATIONAL BANK OF CANFIELD,    PO BOX 228,    NILES OH 44446-0228
                 (address filed with court: Farmers National Bank of Canfield,     PO Box 228,    Niles, OH 44446)
14957583       +Farmers Ntl,    20 S Broad St,    Canfield, OH 44406-1401
14957584       +First Nataional Bank/Legacy,    Attn: Bankruptcy,    Po Box 5097,    Sioux Falls, SD 57117-5097
14957585       +First National Bank,    Attn: Bankruptcy,    4140 E. State Street,    Hermitage, PA 16148-3401
14957587       +Mariner Finance, LLC,    8211 Town Center Dr.,    Nottingham, MD 21236-5904
14972514       +One Citizens Bank Way JCA114,    Johnston RI 02919-1922
14957595       +Trac/CBCD/Citicorp,    Citicorp Credit/Centralized Bankruptcy,    Po Box 20507,
                 Kansas City, MO 64195-0507
14994053        UNITED STATES DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,
                 MADISON, WI, 53708-8973
14957596      ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
                 (address filed with court: US Bank/RMS CC,    Attn: Bankruptcy,    Po Box 5229,
                 Cincinnati, OH 45201)
14957597       +US Deptartment of Education/Great Lakes,    Attn: Bankruptcy,    Po Box 7860,
                 Madison, WI 53707-7860
14991125       +WBL SPE III, LLC,    c/o Stern & Eisenberg, PC,    1581 Main St. Suite 200,
                 Warrington, PA 18976-3403
14957598       +WBL SPE III, LLC,    c/o Jaclyn M. DiPaola,    Flaherty Fardo LLC,    812 Ivy Street,
                 Pittsburgh, PA 15232-2406
14975608        WELLS FARGO BANK, N.A., et.al.,    OCWEN LOAN SERVICING, LLC,    ATTN: BANKRUPTCY DEPARTMENT,
                 P.O. BOX 24605,    WEST PALM BEACH FL 33416-4605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14957571       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Dec 21 2019 03:06:19
                 AmeriCredit/GM Financial,    Attn: Bankruptcy,    Po Box 183853,    Arlington, TX 76096-3853
14957573       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Dec 21 2019 03:07:16
                 Bayview Financial Loan,    Attn: Bankruptcy Dept,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, FL 33146-1873
14988180       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Dec 21 2019 03:07:16
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
                 Coral Gables, FL 33146-1837
14957574       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 21 2019 03:15:04     Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14984216        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 21 2019 03:15:04
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
14957580       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 21 2019 03:06:24     Comenitybank/wayfair,
                 Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
14957581       +E-mail/PDF: creditonebknotifications@resurgent.com Dec 21 2019 03:15:21     Credit One Bank,
                 Attn: Bankruptcy,    Po Box 98873,    Las Vegas, NV 89193-8873
14960870        E-mail/Text: mrdiscen@discover.com Dec 21 2019 03:06:08     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14957582       +E-mail/Text: mrdiscen@discover.com Dec 21 2019 03:06:08     Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
14957586       +E-mail/Text: bankruptcy@huntington.com Dec 21 2019 03:06:47     Huntington Natl Bk,
                 Attn: Bankruptcy,    Po Box 340996,    Columbus, OH 43234-0996
15160154        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 21 2019 03:14:01     LVNV Funding LLC,
                 PO Box 10587,   Greenville, SC 29603-0587
14966266        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 21 2019 03:13:58     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14966267        E-mail/PDF: MerrickBKNotifications@Resurgent.com Dec 21 2019 03:15:04     MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14957588       +Fax: 407-737-5634 Dec 21 2019 03:24:22     Ocwen Loan Servicing,    Attn: Research/Bankruptcy,
                 1661 Worthington Rd  Ste 100,    West Palm Beach, FL 33409-6493
14957589       +E-mail/Text: bankruptcy@ondeck.com Dec 21 2019 03:07:32     On Deck Capital Inc.,
                 1400 Broadway,    25th Floor,    New York, NY 10018-5225
14986582       +E-mail/Text: bankruptcy@ondeck.com Dec 21 2019 03:07:32     On Deck Capital, Inc.,
                 101 West Colfax Ave., 10th Floor,    Denver, CO 80202-5167
14986984        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2019 03:15:12
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
```

```
District/off: 0315-7           User: skoz                  Page 2 of 2                   Date Rcvd: Dec 20, 2019
                               Form ID: 149                Total Noticed: 50

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14958881       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2019 03:13:45
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14986579        E-mail/Text: bnc-quantum@quantum3group.com Dec 21 2019 03:06:31
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
14991087       +E-mail/Text: bncmail@w-legal.com Dec 21 2019 03:07:00       SYNCHRONY BANK,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,     Seattle, WA 98121-3132
14957590       +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2019 03:13:50      Syncb/hdceap,   Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
14957591       +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2019 03:13:46      Synchrony Bank,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14957592       +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2019 03:13:38      Synchrony Bank/ JC Penneys,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
14957593       +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2019 03:13:38      Synchrony Bank/Gap,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
14957594       +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2019 03:13:45      Synchrony Bank/Lowes,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
14975439       +E-mail/Text: bankruptcy@huntington.com Dec 21 2019 03:06:47      The Huntington National Bank,
                 PO Box 89424,    Cleveland, OH 44101-6424
                                                                                              TOTAL: 26

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Bayview Loan Servicing as servicer for Metropolita
cr             Huntington National Bank
cr             WBL SPE III, LLC
cr             WELLS FARGO BANK, N.A. ET. AL.
cr*           +LVNV Funding LLC,   PO Box 10587,   Greenville, SC 29603-0587
cr*           +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                TOTALS: 4, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2019 at the address(es) listed below:
          Christopher M. McMonagle    on behalf of Creditor    WBL SPE III, LLC cmcmonagle@sterneisenberg.com,
           bkecf@sterneisenberg.com
          Corey J. Sacca    on behalf of Debtor William R. Citeroni csacca@bononilaw.com,
           coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
          James Warmbrodt     on behalf of Creditor    Bayview Loan Servicing as servicer for Metropolitan
           Life Insurance bkgroup@kmllawgroup.com
          Karina Velter    on behalf of Creditor    Huntington National Bank amps@manleydeas.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Sarah Barngrover    on behalf of Creditor    Huntington National Bank amps@manleydeas.com
          Thomas Song    on behalf of Creditor    WELLS FARGO BANK, N.A. ET. AL. pawb@fedphe.com
                                                                                             TOTAL: 8
```