IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>WILLIAM R. CITERONI,<br>    **Debtor(s)** | )<br>)<br>)<br>) Bankruptcy No. 18-70832-JAD |
| ACAR LEASING LTD<br>d/b/a GM FINANCIAL LEASING,<br>    **Movant**<br>v. | )<br>) Chapter 13<br>)<br>)<br>) Related To Document No. 68 and 69 |
| WILLIAM R. CITERONI,<br>    **Respondent(s)** | )<br>) **Response Deadline: 8/10/20** |
| RONDA J. WINNECOUR,<br>    **Trustee** | )<br>) **Hearing Date: 8/21/20 at 11:00 AM** |

**CERTIFICATE OF SERVICE**

I, ___William E. Craig___, of Morton & Craig LLC, 110 Marter Avenue, Moorestown, NJ 08057, certify that I am more than 18 years of age and that on July 24, 2020 I served by United States mail, first class, postage prepaid, the Notice Of Telephonic Hearing With Response Deadline and Hearing Date and a copy of the Motion For Relief From Stay filed in this proceeding on:

| | |
|---|---|
| William R. Citeroni<br>116 Red Maple Drive<br>Homer City, PA 15748<br>(Debtor) | Corey J. Sacca, Esq.<br>Bononi & Company<br>20 North Pennsylvania Ave.<br>Greensburg, PA 15601<br>(Attorney For Debtor) |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>(Trustee) | Office of the United States Trustee<br>Liberty Center<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222<br>(U.S. Trustee) |

I certify under penalty of perjury that the foregoing is true and correct.

/s/ William E. Craig
William E. Craig, Esquire
PA ID # 92329
Morton & Craig LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856) 866-0100
bcraig@mortoncraig.com