Form 410

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**William R. Citeroni**
Debtor(s)

Bankruptcy Case No.: 18−70832−JAD
Doc. #72
Chapter: 13
Docket No.: 73 − 72
Concil. Conf.: November 12, 2020 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **September 28, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **October 13, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **November 12, 2020** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: August 13, 2020

Jeffery A. Deller
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

```
                                United States Bankruptcy Court
                                Western District of Pennsylvania
In re:                                                                  Case No. 18-70832-JAD
William R. Citeroni                                                     Chapter 13
      Debtor                       CERTIFICATE OF NOTICE
District/off: 0315-7          User: skoz                  Page 1 of 3                  Date Rcvd: Aug 13, 2020
                              Form ID: 410                Total Noticed: 51


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2020.
db             +William R. Citeroni,    116 Red Maple Drive,    Homer City, PA 15748-6908
cr             +ACAR Leasing LTD d/b/a GM Financial Leasing,    4000 Embarcadero Dr.,   Arlington, TX 76014-4101
14980063       +ACAR Leasing LTD d/b/a GM Financial Leasing,    PO Box 183853,   Arlington, TX 76096-3853
14957572       +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,   Wilmington, DE 19899-8801
15064159       +CONSOLIDATED RECOVERY GROUP, LLC,    1835A S. CENTRE CITY PKWY, STE. 402,
                 ESCONDIDO, CA 92025-6525
14957576       +Citi/Sears,   Citibank/Centralized Bankruptcy,    Po Box 790034,   St Louis, MO 63179-0034
14991393       +Citibank, N.A.,    Citibank, N.A.,   701 East 60th Street North,    Sioux Falls, SD 57104-0493
14957577       +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
14957579       +Cnsldtd Rcvy,    425 W 5th Ave Ste 103,    Escondido, CA 92025-4843
14992388       ++FARMERS NATIONAL BANK OF CANFIELD,    PO BOX 228,    NILES OH 44446-0228
                 (address filed with court: Farmers National Bank of Canfield,    PO Box 228,   Niles, OH 44446)
14957584       +First Nataional Bank/Legacy,    Attn: Bankruptcy,    Po Box 5097,   Sioux Falls, SD 57117-5097
14957585       +First National Bank,    Attn: Bankruptcy,   4140 E. State Street,    Hermitage, PA 16148-3401
14957587       +Mariner Finance, LLC,    8211 Town Center Dr.,    Nottingham, MD 21236-5904
14957588       +Ocwen Loan Servicing,    Attn: Research/Bankruptcy,    1661 Worthington Rd   Ste 100,
                 West Palm Beach, FL 33409-6493
14972514       +One Citizens Bank Way JCA114,    Johnston RI 02919-1922
14957595       +Trac/CBCD/Citicorp,    Citicorp Credit/Centralized Bankruptcy,    Po Box 20507,
                 Kansas City, MO 64195-0507
14994053        UNITED STATES DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,   PO BOX 8973,
                 MADISON, WI, 53708-8973
14957596       ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court: US Bank/RMS CC,    Attn: Bankruptcy,   Po Box 5229,
                 Cincinnati, OH 45201)
14957597       +US Deptartment of Education/Great Lakes,    Attn: Bankruptcy,   Po Box 7860,
                 Madison, WI 53707-7860
14991125       +WBL SPE III, LLC,    c/o Stern & Eisenberg, PC,    1581 Main St. Suite 200,
                 Warrington, PA 18976-3403
14957598       +WBL SPE III, LLC,    c/o Jaclyn M. DiPaola,    Flaherty Fardo LLC,   812 Ivy Street,
                 Pittsburgh, PA 15232-2406
14975608        WELLS FARGO BANK, N.A., et.al.,    OCWEN LOAN SERVICING, LLC,    ATTN: BANKRUPTCY DEPARTMENT,
                 P.O. BOX 24605,    WEST PALM BEACH FL 33416-4605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14957571        +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 14 2020 04:13:41
                 AmeriCredit/GM Financial,    Attn: Bankruptcy,   Po Box 183853,    Arlington, TX 76096-3853
14957573        +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 14 2020 04:14:29
                 Bayview Financial Loan,    Attn: Bankruptcy Dept,   4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, FL 33146-1873
14988180        +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 14 2020 04:14:29
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
                 Coral Gables, FL 33146-1873
14957578         E-mail/Text: Bankruptcy.RI@Citizensbank.com Aug 14 2020 04:13:30        Citizens Bank,
                 Attention: ROP-15B,    1 Citizens Drive,   Riverside, RI 02940
14972517         E-mail/Text: Bankruptcy.RI@Citizensbank.com Aug 14 2020 04:13:30        Citizens Bank NA,
                 One Citizens Bank Way JCA 115,    Johnston RI 02919
14957574        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 14 2020 04:15:19        Capital One,
                 Attn: Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
14984216         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 14 2020 04:26:51
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
14957580        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 14 2020 04:13:44        Comenitybank/wayfair,
                 Attn: Bankruptcy Dept,    Po Box 182125,   Columbus, OH 43218-2125
14957581        +E-mail/PDF: creditonebknotifications@resurgent.com Aug 14 2020 04:15:27        Credit One Bank,
                 Attn: Bankruptcy,    Po Box 98873,   Las Vegas, NV 89193-8873
14960870         E-mail/Text: mrdiscen@discover.com Aug 14 2020 04:13:33        Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH  43054-3025
14957582        +E-mail/Text: mrdiscen@discover.com Aug 14 2020 04:13:33        Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
14957586        +E-mail/Text: bankruptcy@huntington.com Aug 14 2020 04:14:04        Huntington Natl Bk,
                 Attn: Bankruptcy,    Po Box 340996,   Columbus, OH 43234-0996
14957575         E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 14 2020 04:15:19        Chase Card Services,
                 Correspondence Dept,    Po Box 15298,   Wilmington, DE 19850
15160154         E-mail/PDF: resurgentbknotifications@resurgent.com Aug 14 2020 04:15:25        LVNV Funding LLC,
                 PO Box 10587,   Greenville, SC 29603-0587
15184264         E-mail/PDF: resurgentbknotifications@resurgent.com Aug 14 2020 04:16:12        LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14966266         E-mail/PDF: resurgentbknotifications@resurgent.com Aug 14 2020 04:15:48        LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14966267         E-mail/PDF: MerrickBKNotifications@Resurgent.com Aug 14 2020 04:16:04        MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
```

```
District/off: 0315-7              User: skoz                    Page 2 of 3                   Date Rcvd: Aug 13, 2020
                                  Form ID: 410                  Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
14957589       +E-mail/Text: bankruptcy@ondeck.com Aug 14 2020 04:14:41      On Deck Capital Inc.,
                 1400 Broadway,    25th Floor,    New York, NY 10018-5225
14986582       +E-mail/Text: bankruptcy@ondeck.com Aug 14 2020 04:14:41      On Deck Capital, Inc.,
                 101 West Colfax Ave., 10th Floor,    Denver, CO 80202-5167
14986984        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 14 2020 04:16:11
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14958881       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 14 2020 04:16:16
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14986579        E-mail/Text: bnc-quantum@quantum3group.com Aug 14 2020 04:13:48
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,   Kirkland, WA 98083-0788
14991087       +E-mail/Text: bncmail@w-legal.com Aug 14 2020 04:14:18      SYNCHRONY BANK,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
14957590       +E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2020 04:15:14      Syncb/hdceap,   Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
14957591       +E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2020 04:15:38      Synchrony Bank,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14957592       +E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2020 04:16:07      Synchrony Bank/ JC Penneys,
                 Attn:  Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
14957593       +E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2020 04:15:15      Synchrony Bank/Gap,
                 Attn:  Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
14957594       +E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2020 04:15:15      Synchrony Bank/Lowes,
                 Attn:  Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
14975439       +E-mail/Text: bankruptcy@huntington.com Aug 14 2020 04:14:04      The Huntington National Bank,
                 PO Box 89424,    Cleveland, OH 44101-6424
                                                                                              TOTAL: 29

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Bayview Loan Servicing as servicer for Metropolita
cr             Huntington National Bank
cr             WBL SPE III, LLC
cr             WELLS FARGO BANK, N.A. ET. AL.
cr*           +LVNV Funding LLC,   PO Box 10587,    Greenville, SC 29603-0587
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14957583*    ++FARMERS NATIONAL BANK OF CANFIELD,    PO BOX 228,    NILES OH 44446-0228
              (address filed with court: Farmers Ntl,    20 S Broad St,    Canfield, OH 44406)
                                                                                   TOTALS: 4, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2020                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2020 at the address(es) listed below:

```
              Christopher M. McMonagle    on behalf of Creditor    WBL SPE III, LLC cmcmonagle@sterneisenberg.com,
               bkecf@sterneisenberg.com
              Corey J. Sacca    on behalf of Debtor William R. Citeroni csacca@bononilaw.com,
               coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;
               3230706420@filings.docketbird.com
              James Warmbrodt    on behalf of Creditor    Bayview Loan Servicing as servicer for Metropolitan
               Life Insurance bkgroup@kmllawgroup.com
              Karina Velter    on behalf of Creditor    Huntington National Bank amps@manleydeas.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Sarah Barngrover    on behalf of Creditor    Huntington National Bank amps@manleydeas.com
              Thomas Song    on behalf of Creditor    WELLS FARGO BANK, N.A. ET. AL. pawb@fedphe.com
              William E. Craig    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing
               ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
```

```
District/off: 0315-7           User: skoz                Page 3 of 3              Date Rcvd: Aug 13, 2020
                               Form ID: 410              Total Noticed: 51
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                                                    TOTAL: 9