**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>WILLIAM R. CITERONI,<br>　　**Debtor(s)** | Bankruptcy No. 18-70832-JAD |
| ACAR LEASING LTD<br>d/b/a GM FINANCIAL LEASING,<br>　　**Movant**<br>　　v. | Chapter 13<br><br>Related To Document No. 68 |
| WILLIAM R. CITERONI,<br>　　**Respondent(s)** | Response Deadline: 8/10/20 |
| RONDA J. WINNECOUR,<br>　　**Trustee** | Hearing Date: 8/21/20 at 11:00 AM |

### ORDER OF COURT

　　AND NOW, this __14th__ day of __August__, 2020, it is hereby

**ORDERED** that the Motion For Relief From The Automatic Stay is GRANTED.

　　Movant ACAR Leasing LTD d/b/a GM Financial Leasing is permitted to enforce its rights in the property described as a **2018 GMC Terrain** bearing vehicle identification number 3GKALXEX6JL144123, to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law, including but not limited to repossession of said property.

_____ sjk
JEFFERY A. DELLER
U.S. Bankruptcy Judge

FILED
8/14/20 3:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
William R. Citeroni  
    Debtor

Case No. 18-70832-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7    User: dkam    Page 1 of 1    Date Rcvd: Aug 14, 2020  
                   Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2020.  
db          +William R. Citeroni,    116 Red Maple Drive,    Homer City, PA 15748-6908

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2020                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2020 at the address(es) listed below:

       Christopher M. McMonagle    on behalf of Creditor    WBL SPE III, LLC cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com  
       Corey J. Sacca    on behalf of Debtor William R. Citeroni csacca@bononilaw.com, coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com  
       James Warmbrodt    on behalf of Creditor    Bayview Loan Servicing as servicer for Metropolitan Life Insurance bkgroup@kmllawgroup.com  
       Karina Velter    on behalf of Creditor    Huntington National Bank amps@manleydeas.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
       Sarah Barngrover    on behalf of Creditor    Huntington National Bank amps@manleydeas.com  
       Thomas Song    on behalf of Creditor    WELLS FARGO BANK, N.A. ET. AL. pawb@fedphe.com  
       William E. Craig    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

                                                                                                               TOTAL: 9