2100 B (12/15)

# United States Bankruptcy Court

### WESTERN DISTRICT OF PENNSYLVANIA
### Case No. 18-70832-JAD
### Chapter 13

In re: Debtor(s) (including Name and Address)

William R. Citeroni
116 Red Maple Drive
Homer City PA 15748

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/23/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 15: Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146 | Metropolitan Life Insurance Company c/o Community Loan Servicing, LLC 4425 Ponce De Leon Blvd., 5th Floor Coral Gable, FL 33146 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  10/25/20

Michael R. Rhodes
## CLERK OF THE COURT

United States Bankruptcy Court
Western District of Pennsylvania

In re:
William R. Citeroni
   Debtor(s)

Case No. 18-70832-JAD
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-7 | User: aala | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 23, 2020 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2020:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14988180 | + Email/Text: bkmailbayview@bayviewloanservicing.com | Oct 24 2020 03:34:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1873 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2020          Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Bayview Loan Servicing as servicer for Metropolitan Life Insurance bnicholas@kmllawgroup.com |
| Christopher M. McMonagle | on behalf of Creditor WBL SPE III  LLC cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com |
| Corey J. Sacca | on behalf of Debtor William R. Citeroni csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com |
| Karina Velter | on behalf of Creditor Huntington National Bank amps@manleydeas.com |

Office of the United States Trustee
                     ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                     cmecf@chapter13trusteewdpa.com

Sarah Barngrover
                     on behalf of Creditor Huntington National Bank amps@manleydeas.com

Thomas Song
                     on behalf of Creditor WELLS FARGO BANK  N.A. ET. AL. pawb@fedphe.com

William E. Craig
                     on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com
                     mhazlett@mortoncraig.com;mortoncraigecf@gmail.com


TOTAL: 9