IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 18-70832-JAD |
| William R. Citeroni ) | |
| ) | |
| ) | Chapter 13 |
| Debtor ) | Document No. _____ |
| ) | Related to Document No. 82 |

### CONSENT ORDER MODIFYING NOVEMBER 12, 2020 ORDER

AND NOW, this _____ day of _____, 2020, upon consent of the Debtor and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated November 12, 2020 it is

ORDERED that Part "1.H." be amended to remove the following: ACAR Leasing [Claim #7] to be paid $14,388.34, amount owed prior to surrender. It is further

ORDERED that Part "1.H." be amended to add the following: ACAR Leasing (Claim #7-2) shall be paid $7,992.54, as listed in the proof of claim.

The November 12, 2020 order otherwise remains in full force and effect.

BY THE COURT:

_____
Judge Jeffery A. Deller
U.S. BANKRUPTCY JUDGE

Consented to:

/s/ Katherine DeSimone
Katherine DeSimone (PA I.D. #42575)
Attorney for Trustee
Office of the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh PA 15219
kdesimone@chapter13trusteewdpa.com

/s/ Corey J. Sacca
Corey J. Sacca, Esquire (PA I.D. #306741)
Attorney for debtor
Bononi & Company
20 North Pennsylvania Ave.
Greensburg, PA  15601
724-832-2499
csacca@bononilaw.com