**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:                    )

                        )    **Case No. 18-70832-JAD**

**William R. Citeroni**      )

                        )    **Chapter 13**

     **Debtor**           )    **Document No. _____**

                        )    **Related to Document No. 82** and 89

## CONSENT ORDER MODIFYING NOVEMBER 12, 2020 ORDER

AND NOW, this ____11th____ day of ____December_____, 2020, upon consent of the Debtor and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated November 12, 2020 it is

ORDERED that Part "1.H." be amended to remove the following: ACAR Leasing [Claim #7] to be paid $14,388.34, amount owed prior to surrender. It is further

ORDERED that Part "1.H." be amended to add the following: ACAR Leasing (Claim #7-2) shall be paid $7,992.54, as listed in the proof of claim.

The November 12, 2020 order otherwise remains in full force and effect.

BY THE COURT:

_____ sjk

Judge Jeffery A. Deller
U.S. BANKRUPTCY JUDGE

Consented to:

/s/ Katherine DeSimone
Katherine DeSimone (PA I.D. #42575)
Attorney for Trustee
Office of the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh PA 15219
kdesimone@chapter13trusteewdpa.com

/s/ Corey J. Sacca
Corey J. Sacca, Esquire (PA I.D. #306741)
Attorney for debtor
Bononi & Company
20 North Pennsylvania Ave.
Greensburg, PA  15601
724-832-2499
csacca@bononilaw.com

FILED
12/11/20 2:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                           Case No. 18-70832-JAD

William R. Citeroni                                          Chapter 13

       Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0315-7 | User: dpas | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 11, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William R. Citeroni, 116 Red Maple Drive, Homer City, PA 15748-6908 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2020                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Bayview Loan Servicing as servicer for Metropolitan Life Insurance bnicholas@kmllawgroup.com |
| Brian Nicholas | |
| | on behalf of Creditor Metropolitan Life Insurance Company bnicholas@kmllawgroup.com |
| Christopher M. McMonagle | |
| | on behalf of Creditor WBL SPE III  LLC cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com |
| Corey J. Sacca | |
| | on behalf of Debtor William R. Citeroni csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com |
| Karina Velter | |
| | on behalf of Creditor Huntington National Bank amps@manleydeas.com |

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Sarah Barngrover
on behalf of Creditor Huntington National Bank amps@manleydeas.com

Thomas Song
on behalf of Creditor WELLS FARGO BANK  N.A. ET. AL. pawb@fedphe.com

William E. Craig
on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com
mhazlett@mortoncraig.com;mortoncraigecf@gmail.com


TOTAL: 10