**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  William R. Citeroni | |
| Debtor(s) | BK. NO. 18-70832 JAD |
| | CHAPTER 13 |
| Metropolitan Life Insurance Company | |
| Movant | Related to Docs. 85, 88 |
| v. | |
| William R. Citeroni | Hearing Date: 2/17/21 at 10:00 a.m. |
| Respondents | |
| and | |
| Michelle L. Citeroni | |
| Ronda J. Winnecour, Trustee | |
| Additional Respondents | |

**STIPULATION AND ORDER**

AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the follow Stipulation:

WHEREAS, Community Loan Servicing, LLC f/k/a Bayview Loan Servicing, LLC as attorney in fact for Metropolitan Life Insurance Company, its successors and/or assigns has filed a motion for relief from stay due to delinquent mortgage payments on the mortgage secured by Debtor's real property at 116 Red Maple Drive, Homer City, PA 15748 (Doc. 85);

WHEREAS, Debtor(s) has filed a response opposing relief from the automatic stay (Doc. 88);

WHEREAS, the hearing on 1/8/2021 for the Motion for Relief From Stay has been continued to 2/17/2021 at 10:00 a.m. to allow the parties to resolve any accounting issues;

WHEREAS, the parties enter into this Stipulation to resolve the motion for relief from the automatic stay.

AND NOW, it is hereby stipulated by and between the undersigned as follows:

1. Debtor(s) are currently delinquent in payments to the Chapter 13 Trustee in the amount of $9,548.00.

2.  Debtor(s) shall cure said arrearages by filing an amended Chapter 13 Plan to include the

arrears of $9,548.00 within 20 days of this order.

Consented to by:

**/s/ Corey J. Sacca**
Corey J. Sacca, Esq., PA ID # 306741
Bononi & Company, P.C.
20 N. Pennsylvania Ave., Ste. 201
Greensburg, PA 15601
Phone: (724) 832-2499
Email: csacca@bononilaw.com

**/s/ Maria D. Miksich**
Maria D. Miksich, Esq., PA ID 319383
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: (412-430-3589)
Email: mmiksich@kmllawgroup.com

It is hereby ORDERED that the parties' Stipulation be and hereby is APPROVED, and the
hearing scheduled for 2/17/2021 at 10:00 a.m. is cancelled.

By the Court,

_____ J.