UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: William R. Citeroni<br>      Debtor(s)<br><br>Metropolitan Life Insurance Company<br>      Movant<br>   v.<br>William R. Citeroni<br>      Respondents<br>   and<br>Michelle L. Citeroni<br>Ronda J. Winnecour, Trustee<br>      Additional Respondents | BK. NO. 18-70832 JAD<br><br>CHAPTER 13<br><br>Related to Docs. 85 and 96<br><br>Hearing Date: 2/17/21 at 10:00 a.m. |

## **STIPULATION AND ORDER**

AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the follow Stipulation:

WHEREAS, Community Loan Servicing, LLC f/k/a Bayview Loan Servicing, LLC as attorney in fact for Metropolitan Life Insurance Company, its successors and/or assigns has filed a motion for relief from stay due to delinquent mortgage payments on the mortgage secured by Debtor's real property at 116 Red Maple Drive, Homer City, PA 15748 (Doc. 85);

WHEREAS, Debtor(s) has filed a response opposing relief from the automatic stay (Doc. 88);

WHEREAS, the hearing on 1/8/2021 for the Motion for Relief From Stay has been continued to 2/17/2021 at 10:00 a.m. to allow the parties to resolve any accounting issues;

WHEREAS, the parties enter into this Stipulation to resolve the motion for relief from the automatic stay.

AND NOW, it is hereby stipulated by and between the undersigned as follows:

 1. Debtor(s) are currently delinquent in payments to the Chapter 13 Trustee in the amount of $9,548.00.

2. Debtor(s) shall cure said arrearages by filing an amended Chapter 13 Plan to include the arrears of $9,548.00 within 20 days of this order.

Consented to by:

| | |
|---|---|
| **/s/ Corey J. Sacca** | **/s/ Maria D. Miksich** |
| Corey J. Sacca, Esq., PA ID # 306741 | Maria D. Miksich, Esq., PA ID 319383 |
| Bononi & Company, P.C. | KML Law Group, P.C. |
| 20 N. Pennsylvania Ave., Ste. 201 | 701 Market Street, Suite 5000 |
| Greensburg, PA 15601 | Philadelphia, PA 19106 |
| Phone: (724) 832-2499 | Phone: (412-430-3589) |
| Email: csacca@bononilaw.com | Email: mmiksich@kmllawgroup.com |

It is hereby ORDERED that the parties' Stipulation be and hereby is APPROVED, and the hearing scheduled for 2/17/2021 at 10:00 a.m. is cancelled.

By the Court,

Date: 2/16/2021

Jeffery A. Deller, U.S. Bankruptcy Judge

FILED
2/16/21 11:20 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA