**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: William R. Citeroni<br>　　　　　　　Debtor(s)<br><br>Metropolitan Life Insurance Company<br>　　　　　　　Movant<br>　　v.<br>William R. Citeroni<br>　　　　　　　Respondents<br>　　and<br>Michelle L. Citeroni<br>Ronda J. Winnecour, Trustee<br>　　　　　　　Additional Respondents | BK. NO. 18-70832 JAD<br><br>CHAPTER 13<br><br>Related to Docs. 85 and 96<br><br>Hearing Date: 2/17/21 at 10:00 a.m. |

## STIPULATION AND ORDER

AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the follow Stipulation:

WHEREAS, Community Loan Servicing, LLC f/k/a Bayview Loan Servicing, LLC as attorney in fact for Metropolitan Life Insurance Company, its successors and/or assigns has filed a motion for relief from stay due to delinquent mortgage payments on the mortgage secured by Debtor's real property at 116 Red Maple Drive, Homer City, PA 15748 (Doc. 85);

WHEREAS, Debtor(s) has filed a response opposing relief from the automatic stay (Doc. 88);

WHEREAS, the hearing on 1/8/2021 for the Motion for Relief From Stay has been continued to 2/17/2021 at 10:00 a.m. to allow the parties to resolve any accounting issues;

WHEREAS, the parties enter into this Stipulation to resolve the motion for relief from the automatic stay.

AND NOW, it is hereby stipulated by and between the undersigned as follows:

1. Debtor(s) are currently delinquent in payments to the Chapter 13 Trustee in the amount of $9,548.00.

    2. Debtor(s) shall cure said arrearages by filing an amended Chapter 13 Plan to include the arrears of $9,548.00 within 20 days of this order.

Consented to by:

| /s/ Corey J. Sacca | /s/ Maria D. Miksich |
|---|---|
| Corey J. Sacca, Esq., PA ID # 306741 | Maria D. Miksich, Esq., PA ID 319383 |
| Bononi & Company, P.C. | KML Law Group, P.C. |
| 20 N. Pennsylvania Ave., Ste. 201 | 701 Market Street, Suite 5000 |
| Greensburg, PA 15601 | Philadelphia, PA 19106 |
| Phone: (724) 832-2499 | Phone: (412-430-3589) |
| Email: csacca@bononilaw.com | Email: mmiksich@kmllawgroup.com |

It is hereby ORDERED that the parties' Stipulation be and hereby is APPROVED, and the hearing scheduled for 2/17/2021 at 10:00 a.m. is cancelled.

By the Court,

Date: 2/16/2021

_____ sjk
Jeffery A. Deller, U.S. Bankruptcy Judge

FILED
2/16/21 11:20 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-70832-JAD |
| William R. Citeroni | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: dkam | Page 1 of 2 |
| Date Rcvd: Feb 16, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2021:**

**Recip ID        Recipient Name and Address**
db              + William R. Citeroni, 116 Red Maple Drive, Homer City, PA 15748-6908

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2021               Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Bayview Loan Servicing as servicer for Metropolitan Life Insurance bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Metropolitan Life Insurance Company bnicholas@kmllawgroup.com |
| Christopher M. McMonagle | on behalf of Creditor WBL SPE III LLC cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com |
| Corey J. Sacca | on behalf of Debtor William R. Citeroni csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com |
| Karina Velter | on behalf of Creditor Huntington National Bank amps@manleydeas.com |

| | | |
|---|---|---|
| District/off: 0315-7 | User: dkam | Page 2 of 2 |
| Date Rcvd: Feb 16, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Maria Miksich
    on behalf of Creditor Metropolitan Life Insurance Company mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Sarah Barngrover
    on behalf of Creditor Huntington National Bank amps@manleydeas.com

Thomas Song
    on behalf of Creditor WELLS FARGO BANK  N.A. ET. AL. pawb@fedphe.com

William E. Craig
    on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 11