**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

03/02/2021

IN RE:

WILLIAM R. CITERONI
116 RED MAPLE DRIVE
HOMER CITY,  PA  15748
XXX-XX-9578         Debtor(s)

Case No. 18-70832 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapt 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

3/2/2021

<u>/s/Trustee'sAdministrativAssistant</u>
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WALMART/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 0405 |
| **CHRISTOPHER M MCMONAGLE ESQ**<br>STERN & EISENBERG PC<br>1581 MAIN ST STE 200<br>THE SHOPS AT VALLEY SQUARE<br>WARRINGTON, PA 18976 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WBL SPE III LLC/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PHELAN HALLINAN DIAMOND & JONES LLP++**<br>1 PENN CENTER PLZ STE 1400<br>1617 JFK BLVD<br>PHILADELPHIA, PA 19103 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WELLS FARGO BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BAYVIEW LNS SVCNG/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **COMMUNITY LOAN SERVICING LLC A/S/F METR**<br>4425 PONCE DE LEON BLVD 5TH FL<br>CORAL GABLES, FL 33146 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 0.00<br>COMMENT: CL15GOV*1398/PL*DK4PMT-LMT*BGN 12/18*DK*FR BAYVIEW-DOC 79 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 3934 |
| **CITIZENS BANK NA****<br>ONE CITIZENS BANK WAY JCA115<br>JOHNSTON, RI 02919 | Trustee Claim Number: 6   INT %: 4.78%<br>Court Claim Number: 4<br>CLAIM: 23,148.45<br>COMMENT: $CL4GOV@TERMS/PL*$/CL-PL@4.78%/PL*4.78%/FACE | CRED DESC: VEHICLE<br>ACCOUNT NO.: 1983 |
| **FARMERS NATIONAL BANK OF CANFIELD**<br>1 SOUTH MAIN ST<br>PO BOX 228<br>NILES, OH 44446 | Trustee Claim Number: 7   INT %: 5.25%<br>Court Claim Number: 21-2<br>CLAIM: 3,864.31<br>COMMENT: $/CL-PL@5.25%/PL~37/MO*AMD | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 7239 |
| **FIRST NATIONAL BANK OF PA(*)**<br>LOAN ADJUSTMENT DEPT*<br>4140 E STATE ST<br>HERMITAGE, PA 16148 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PD OUTSIDE/PL | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 0614 |
| **HUNTINGTON NATIONAL BANK(*)**<br>5555 CLEVELAND AVE - GW1N10<br>COLUMBUS, OH 43231 | Trustee Claim Number: 9   INT %: 3.44%<br>Court Claim Number: 5<br>CLAIM: 22,679.91<br>COMMENT: $CL5GOV@TERMS/PL*$/CL-PL@3.44%/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 3105 |
| **WELLS FARGO BANK NA - TRUSTEE**<br>C/O OCWEN LOAN SERVICING LLC(*)<br>1661 WORTHINGTON RD STE 100<br>W PALM BEACH, FL 33409 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 0.00<br>COMMENT: SURR/PL*CL=91886.05 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 3758 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **WBL SPE III LLC - WORLD BUSINESS LENDERS**<br>PO BOX 479<br><br>ELMSFORD, NY 10523 | Trustee Claim Number: 11  INT %: 5.25%<br>Court Claim Number: 19<br>CLAIM: 300,000.00<br>COMMENT: $-%/STIP OE-PL*JUDGMENT*W/39 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 6604 |
| **BARCLAYS BANK DELAWARE**<br>125 S WEST ST<br><br>WILMINGTON, DE 19801 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8744 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br><br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 5,313.99<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6595 |
| **CAPITAL ONE\*\***<br>6125 LAKEVIEW RD STE 800<br><br>CHARLOTTE, NC 28269 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4399 |
| **CHASE(\*)**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE 19850 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5499 |
| **MERRICK BANK**<br>C/O RESURGENT CAPITAL SVCS\*\*<br>POB 10368<br>GREENVILLE, SC 29603-0368 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 2,226.57<br>COMMENT: X1817/SCH*STALE*TEE TO OBJ | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1381 |
| **SEARS/CITI CARD USA\*+++**<br>BANKRUPTCY DEPT\*<br>POB 182149\*<br>COLUMBUS, OH 43218 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0475 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 8,611.64<br>COMMENT: 3385/SCH*CITIBANK/THD*STALE*TEE TO OBJ | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8672 |
| **CONSOLIDATED RECOVERY GROUP LLC**<br>1835 A SOUTH CENTRE CITY PKWY STE 405<br><br>ESCONDIDO, CA 92025 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 25<br>CLAIM: 790.55<br>COMMENT: X28N1/SCH*INTUIT PAYMENT SOLUTIONS*STMT THRU 6/14/18 | CRED DESC: UNSECURED/LATE FILED<br>ACCOUNT NO.: 9578 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 2,376.69<br>COMMENT: WAYFAIR | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9605 |

| Creditor | Claim Info | Description |
|---|---|---|
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM: 2,426.76<br>COMMENT: MHC/FNBM/CREDIT ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8685 |
| **DISCOVER BANK(\*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 6,851.46<br>COMMENT: 6226/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8710 |
| **FARMERS NATIONAL BANK**<br>20 S BROAD ST<br>CANFIELD, OH 44406-1401 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0317 |
| **FIRST NATIONAL CREDIT CARD**<br>POB 5097<br>SIOUX FALLS, SD 57117-5097 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: LEGACY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1799 |
| **MARINER FINANCE LLC**<br>8211 TOWN CENTER DR<br>NOTTINGHAM, MD 21236 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 24<br>CLAIM: 2,661.31<br>COMMENT: X6915/SCH | CRED DESC: UNSECURED/LATE FILED<br>ACCOUNT NO.: 4369 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 223,634.34<br>COMMENT: NO$/SCH*FR ON DECK CAP-DOC 64 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8816 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 519.19<br>COMMENT: SYNCHRONY/HDCEAP | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6457 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 886.54<br>COMMENT: SYNCHRONY/GUITAR CENTER | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1378 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 977.67<br>COMMENT: JCP/SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4997 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 8,234.41<br>COMMENT: GAP/SCH*SYNCHRONY/PAYPAL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3371 |

| Creditor | Claim Info | Description |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number: 13<br><br>CLAIM: 3,681.85<br>COMMENT: LOWE'S/SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1541 |
| **CITIBANK NA\*\***<br>6716 GRADE LN BLDG 9 STE 910-PY DEPT<br><br>LOUISVILLE, KY 50325-3439 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number: 20<br><br>CLAIM: 1,587.80<br>COMMENT: TRACTOR SUPPLY | CRED DESC: UNSECURED/LATE FILED<br>ACCOUNT NO.: 1886 |
| **US BANK**<br>205 WEST 4TH ST<br>CN-OH-X5-FI<br><br>CINCINNATI, OH 45202 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9677 |
| **UNITED STATES DEPARTMENT OF EDUCATION**<br>C/O GREAT LAKES EDUCATIONAL LOAN SVCS II<br>PO BOX 790321<br>ST LOUIS, MO 63179-0321 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number: 23<br><br>CLAIM: 9,125.82<br>COMMENT: 8581/SCH\*GU BAR TIMELY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9578 |
| **ACAR LEASING LTD D/B/A GM FINANCIAL LEAS**<br>PO BOX 183853<br><br>ARLINGTON, TX 76096 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number: 7<br><br>CLAIM: 8,543.96<br>COMMENT: SURR/PAP\*RS/OE\*15639.50/CL-PL~625/MO/PL\*NO$/SCH G\*LEASE\*Veh turned over 7 | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 9599 |
| **COMMUNITY LOAN SERVICING LLC A/S/F METR**<br>4425 PONCE DE LEON BLVD 5TH FL<br><br>CORAL GABLES, FL 33146 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number: 15<br><br>CLAIM: 19,015.75<br>COMMENT: CL15GOV\*$0ARRS/PL\*THRU 11/18\*FR BAYVIEW-DOC 79 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 3934 |
| **WELLS FARGO BANK NA - TRUSTEE**<br>C/O OCWEN LOAN SERVICING LLC(\*)<br>1661 WORTHINGTON RD STE 100<br>W PALM BEACH, FL 33409 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number: 6<br><br>CLAIM: 0.00<br>COMMENT: SURR/PL\*CL=1.43 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 3758 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number: 18<br><br>CLAIM: 663.05<br>COMMENT: NT/SCH\*PAYPAL\*WAS 6584\*FR SYNCHRONY-DOC 58 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0465 |
| **WBL SPE III LLC - WORLD BUSINESS LENDERS**<br>PO BOX 479<br><br>ELMSFORD, NY 10523 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number: 19<br><br>CLAIM: 74,649.12<br>COMMENT: REM BAL/STIP OE\*NO GEN UNS/SCH\*W/11 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6604 |
| **FARMERS NATIONAL BANK OF CANFIELD**<br>1 SOUTH MAIN ST<br>PO BOX 228<br>NILES, OH 44446 | Trustee Claim Number: 40  INT %: 5.75%<br>Court Claim Number: 22-2<br><br>CLAIM: 607.05<br>COMMENT: $/CL-PL@5.75%~13/MO\*NT/SCH\*910CL\*AMD | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 2711 |

CLAIM RECORDS

| | | |
|---|---|---|
| **KARINA VELTER ESQ** | Trustee Claim Number: 41  INT %: 0.00% | CRED DESC: NOTICE ONLY |
| MANLEY DEAS KOCHALSKI LLC | Court Claim Number: | ACCOUNT NO.: |
| PO BOX 165028 | CLAIM: 0.00 | |
| COLUMBUS, OH  43216-5028 | COMMENT: HUNTINGTON NATL BANK/PRAE | |
| **WILLIAM E CRAIG ESQ** | Trustee Claim Number: 42  INT %: 0.00% | CRED DESC: NOTICE ONLY |
| MORTON AND CRAIG | Court Claim Number: | ACCOUNT NO.: |
| 110 MARTER AVE STE 301 | CLAIM: 0.00 | |
| MOORESTOWN, NJ  08057 | COMMENT: ACAR LEASING/PRAE | |
| **ACAR LEASING LTD D/B/A GM FINANCIAL LEAS** | Trustee Claim Number: 43  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 183853 | Court Claim Number: 7-3 | ACCOUNT NO.: 9599 |
| | CLAIM: 7,992.54 | |
| ARLINGTON, TX  76096 | COMMENT: $/COE@UNSEC*LEASE DEFICIENCY~W/35*AMD | |