ACAR Leasing LTD d/b/a GM Financial Leasing
P. O. Box 183853
Arlington, TX 76096
(877) 203-5538

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                          Bky. No. 18-70832-JAD

WILLIAM R. CITERONI                                                                Chapter 13

    Debtor(s)

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

    Comes now, ACAR Leasing LTD d/b/a GM Financial Leasing, a creditor in the above-captioned case, and files this Withdrawal of Proof of Claim for the claim#7 filed in the above-styled and numbered case on January 19, 2019

Respectfully submitted,

/s/ Lorenzo Nunez

ACAR Leasing LTD d/b/a GM Financial Leasing
P. O. Box 183853
Arlington, TX 76096
(877) 203-5538

## CERTIFICATE OF SERVICE

I hereby certify that on this 8/24/2022, a true and correct copy of the Notice of Withdrawal of Proof of Claim was electronically served using CM/ECF system, namely Ronda Winnecour, and COREY J SACCA.

Further, I certify that on 8/24/2022, copies of the Notice of Withdrawal of Proof of Claim were forwarded via U.S. Mail, first class, postage prepaid and properly addressed to the following at the addresses shown below:

/s/ Lorenzo Nunez

WILLIAM R. CITERONI
116 RED MAPLE DR
HOMER CITY, PA  15748

COREY J SACCA
20 N PENNSYLVANIA AVE
GREENSBURG, PA  15601

Ronda Winnecour
600 Grant Street
Suite 3250 USX Tower
Pittsburgh, PA 15219

US Trustee