IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>William R. Citeroni,<br>    Debtor(s) | Bankruptcy No. 18-70832-JAD<br><br>Chapter 13 |
| William R. Citeroni,<br>    Movant(s)<br>        v.<br>No Respondent(s) | Related to<br>Document No.  105<br><br>**DEFAULT O/E JAD** |

ORDER OF COURT

AND NOW, to wit, this ___8th___ day of ___September___, 2022, it is hereby ORDERED, ADJUDGED, and DECREED, that:

1. The Debtor(s), William R. Citeroni is approved to obtain a loan for no more than $20,000.00 with a monthly payment of no more than $450.00 per month with an interest rate of no more than 15%;

2. The vehicle must be purchased within sixty (60) days of the date of this Order;

3. The Debtor will file a report of financing within 10 days of the purchase of the vehicle.

4. Debtor shall file an Amended Chapter 13 Plan within 10 days of the purchase of the vehicle.

5. All payments previously made on the 2015 Chevrolet Silverado to Huntingdon Bank are ratified by the Debtor. The Trustee shall make no further payments to the creditor.

BY THE COURT:

_sjk_

Jeffery A. Deller, Judge
United States Bankruptcy Court

FILED
9/8/22 2:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:    Case No. 18-70832-JAD
William R. Citeroni    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7    User: auto    Page 1 of 2
Date Rcvd: Sep 08, 2022    Form ID: pdf900    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + William R. Citeroni, 116 Red Maple Drive, Homer City, PA 15748-6908 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Bayview Loan Servicing as servicer for Metropolitan Life Insurance bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Metropolitan Life Insurance Company bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor Metropolitan Life Insurance Company cwohlrab@raslg.com |
| Christopher M. McMonagle | on behalf of Creditor WBL SPE III LLC cmcmonagle@timoneyknox.com, bkecf@sterneisenberg.com |
| Corey J. Sacca | on behalf of Debtor William R. Citeroni csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com |

District/off: 0315-7    User: auto    Page 2 of 2
Date Rcvd: Sep 08, 2022    Form ID: pdf900    Total Noticed: 1

| | |
|---|---|
| Maria Miksich | on behalf of Creditor Metropolitan Life Insurance Company mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stephen Russell Franks | on behalf of Creditor Huntington National Bank amps@manleydeas.com |
| Thomas Song | on behalf of Creditor WELLS FARGO BANK  N.A. ET. AL. pawb@fedphe.com |
| William E. Craig | on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 11