IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>William R. Citeroni,<br>　　Debtor(s) | Bankruptcy No. 18-70832-JAD<br><br>Chapter 13 |
| William R. Citeroni,<br>　　Movant(s)<br>　　　　　v.<br><br>No Respondent(s) | Document No. |

STATUS REPORT RE: POST PETITION FINANCING ORDER
DATED SEPTEMBER 8, 2022

1.　The case was commenced on November 29, 2018, when the Debtor filed a voluntary petition under Chapter 13 of the Bankruptcy Code.

2.　Debtor was granted approval to obtain post-petition financing by Order dated September 8, 2022 at Doc. No. 109.

3.　Debtor decided not to obtain financing.

4.　Debtor surrendered/traded in the 2015 Chevrolet Silverado Truck.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: February 14, 2023　　　　　　　　/s/Corey J. Sacca_____
　　　　　　　　　　　　　　　　　　　　Corey J. Sacca, Esquire
　　　　　　　　　　　　　　　　　　　　PA ID 306741
　　　　　　　　　　　　　　　　　　　　Bononi & Company, P.C.
　　　　　　　　　　　　　　　　　　　　20 North Pennsylvania Avenue
　　　　　　　　　　　　　　　　　　　　Greensburg, PA 15601
　　　　　　　　　　　　　　　　　　　　724-832-2499
　　　　　　　　　　　　　　　　　　　　csacca@bononilaw.com