IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 18-70832-JAD |
| **William R. Citeroni** ) | |
| ) | **Chapter 13** |
| ) | |
| Debtor(s). ) | Related to Docs. #78, 82 and 116 |
| _____X | |

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

❏ a motion to dismiss case or certificate of default requesting dismissal

☒ a plan modification sought by:   Debtor

❏ a motion to lift stay
    as to creditor   _____

❏ Other:   _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

❏ Chapter 13 Plan dated _____
☒ Amended Chapter 13 Plan dated September 23, 2020

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

❏    Debtor(s) Plan payments shall be changed from $ 8924.00 to
     $ 8,674.00   per month, effective February 2023; and/or the Plan term shall
     remain 84 months.                                    .

❑ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

❑ Debtor(s) shall file and serve _____ on or before _____.

❑ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

❑ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

X Other: <u>Payment reduced due to surrender of the 2015 Chevrolet Silverado. No new financing was obtained by Debtor.</u>

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this 22nd day of   March   , 2023

Dated:   3/22/2023

Jeffery A. Deller
United States Bankruptcy Judge

Stipulated by:

/s/ Corey J. Sacca

Counsel to Debtor

Stipulated by:

 /s/ James Warmbrodt
Counsel to Chapter 13 Trustee

cc:  All Parties in Interest to be served by Clerk

FILED
3/22/23 8:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

[04/22]    -3-

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
William R. Citeroni  
    Debtor

Case No. 18-70832-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: auto     Page 1 of 4  
Date Rcvd: Mar 22, 2023     Form ID: pdf900     Total Noticed: 54

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William R. Citeroni, 116 Red Maple Drive, Homer City, PA 15748-6908 |
| 15064159 | + | CONSOLIDATED RECOVERY GROUP, LLC, 1835A S. CENTRE CITY PKWY, STE. 402, ESCONDIDO, CA 92025-6525 |
| 14957579 | + | Cnsldtd Rcvy, 425 W 5th Ave Ste 103, Escondido, CA 92025-4843 |
| 14972514 | + | One Citizens Bank Way JCA114, Johnston RI 02919-1922 |
| 14991125 | + | WBL SPE III, LLC, c/o Stern & Eisenberg, PC, 1581 Main St. Suite 200, Warrington, PA 18976-3403 |
| 14957598 | + | WBL SPE III, LLC, c/o Jaclyn M. DiPaola, Flaherty Fardo LLC, 812 Ivy Street, Pittsburgh, PA 15232-2406 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 22 2023 23:41:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 14980063 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 22 2023 23:41:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 14957571 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 22 2023 23:41:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14957572 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 22 2023 23:41:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14957573 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Mar 22 2023 23:40:00 | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 14988180 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Mar 22 2023 23:40:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1839 |
| 14957578 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 22 2023 23:40:00 | Citizens Bank, Attention: ROP-15B, 1 Citizens Drive, Riverside, RI 02940 |
| 14972517 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 22 2023 23:40:00 | Citizens Bank NA, One Citizens Bank Way JCA 115, Johnston RI 02919 |
| 14957574 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 22 2023 23:45:20 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14984216 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 22 2023 23:45:21 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14957576 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 22 2023 23:57:31 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14991393 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 22 2023 23:57:31 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14957577 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 22 2023 23:57:43 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |

Case 18-70832-JAD   Doc 118   Filed 03/24/23   Entered 03/25/23 00:24:37   Desc
Imaged Certificate of Notice   Page 5 of 7

| District/off: 0315-7 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 22, 2023 | Form ID: pdf900 | Total Noticed: 54 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 14957580 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 22 2023 23:41:00 | Comenitybank/wayfair, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14957581 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 22 2023 23:45:38 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14960870 | | Email/Text: mrdiscen@discover.com | Mar 22 2023 23:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14957582 | + | Email/Text: mrdiscen@discover.com | Mar 22 2023 23:40:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14992388 | | Email/Text: rthomas@farmersbankgroup.com | Mar 22 2023 23:40:00 | Farmers National Bank of Canfield, PO Box 228, Niles, OH 44446 |
| 14957583 | | Email/Text: rthomas@farmersbankgroup.com | Mar 22 2023 23:40:00 | Farmers Ntl, 20 S Broad St, Canfield, OH 44406 |
| 14957584 | | Email/Text: BNSFN@capitalsvcs.com | Mar 22 2023 23:40:00 | First Nataional Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 14957585 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Mar 22 2023 23:40:00 | First National Bank, Attn: Bankruptcy, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14957586 | + | Email/Text: bankruptcy@huntington.com | Mar 22 2023 23:41:00 | Huntington Natl Bk, Attn: Bankruptcy, Po Box 340996, Columbus, OH 43234-0996 |
| 14957575 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 22 2023 23:45:37 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 15184264 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 22 2023 23:45:54 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15160154 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 22 2023 23:45:38 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14966266 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 22 2023 23:45:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14966267 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 22 2023 23:45:38 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14957587 | + | Email/Text: bankruptcy@marinerfinance.com | Mar 22 2023 23:40:00 | Mariner Finance, LLC, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 15544326 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 22 2023 23:40:00 | Metropolitan Life, c/o Nationstar Mortgage, LLC, PO Box 619094, Dallas, TX 75261-9094 |
| 15302427 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 22 2023 23:40:00 | Metropolitan Life Insurance Company, c/o Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1837 |
| 14957588 | + | Email/Text: BKEBN-Notifications@ocwen.com | Mar 22 2023 23:40:00 | Ocwen Loan Servicing, Attn: Research/Bankruptcy, 1661 Worthington Rd Ste 100, West Palm Beach, FL 33409-6493 |
| 14957589 | + | Email/Text: bankruptcy@ondeck.com | Mar 22 2023 23:41:00 | On Deck Capital Inc., 1400 Broadway, 25th Floor, New York, NY 10018-5225 |
| 14986582 | + | Email/Text: bankruptcy@ondeck.com | Mar 22 2023 23:41:00 | On Deck Capital, Inc., 101 West Colfax Ave., 10th Floor, Denver, CO 80202-5183 |
| 14986984 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 22 2023 23:45:21 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14958881 | + | Email/PDF: rmscedi@recoverycorp.com | Mar 22 2023 23:45:39 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14986579 | | Email/Text: bnc-quantum@quantum3group.com | Mar 22 2023 23:41:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14991087 | + | Email/Text: bncmail@w-legal.com | Mar 22 2023 23:41:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |

Case 18-70832-JAD   Doc 118   Filed 03/24/23   Entered 03/25/23 00:24:37   Desc
Imaged Certificate of Notice   Page 6 of 7

| District/off: 0315-7 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 22, 2023 | Form ID: pdf900 | Total Noticed: 54 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14957590 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 22 2023 23:45:53 | Syncb/hdceap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14957591 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 22 2023 23:45:20 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14957592 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 22 2023 23:45:21 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14957593 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 22 2023 23:45:53 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14957594 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 22 2023 23:45:21 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14975439 | + | Email/Text: bankruptcy@huntington.com | Mar 22 2023 23:41:00 | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |
| 14957595 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 22 2023 23:57:38 | Trac/CBCD/Citicorp, Citicorp Credit/Centralized Bankruptcy, Po Box 20507, Kansas City, MO 64195-0507 |
| 14994053 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Mar 22 2023 23:40:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI, 53708-8973 |
| 14957596 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 22 2023 23:41:00 | US Bank/RMS CC, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201 |
| 14957597 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Mar 22 2023 23:40:00 | US Deptartment of Education/Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 14975608 | | Email/Text: BKEBN-Notifications@ocwen.com | Mar 22 2023 23:40:00 | WELLS FARGO BANK, N.A., et.al., OCWEN LOAN SERVICING, LLC, ATTN: BANKRUPTCY DEPARTMENT, P.O. BOX 24605, WEST PALM BEACH FL 33416-4605 |

TOTAL: 48

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing as servicer for Metropolita |
| cr | | Huntington National Bank |
| cr | | Metropolitan Life Insurance Company |
| cr | | WBL SPE III, LLC |
| cr | | WELLS FARGO BANK, N.A. ET. AL. |
| cr | *+ | ACAR Leasing LTD d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | * | Merrick Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 5 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0315-7 | User: auto | Page 4 of 4
Date Rcvd: Mar 22, 2023 | Form ID: pdf900 | Total Noticed: 54

Date: Mar 24, 2023  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2023 at the address(es) listed below:**

**Name**  **Email Address**

Brian Nicholas
on behalf of Creditor Metropolitan Life Insurance Company bnicholas@kmllawgroup.com

Brian Nicholas
on behalf of Creditor Bayview Loan Servicing as servicer for Metropolitan Life Insurance bnicholas@kmllawgroup.com

Charles Griffin Wohlrab
on behalf of Creditor Metropolitan Life Insurance Company cwohlrab@raslg.com

Christopher M. McMonagle
on behalf of Creditor WBL SPE III LLC cmcmonagle@timoneyknox.com, bkecf@sterneisenberg.com

Corey J. Sacca
on behalf of Debtor William R. Citeroni csacca@bononilaw.com
coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com

Maria Miksich
on behalf of Creditor Metropolitan Life Insurance Company mmiksich@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
on behalf of Creditor Metropolitan Life Insurance Company amps@manleydeas.com

Stephen Russell Franks
on behalf of Creditor Huntington National Bank amps@manleydeas.com

Thomas Song
on behalf of Creditor WELLS FARGO BANK N.A. ET. AL. pawb@fedphe.com

William E. Craig
on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com
mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 12