## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE WESTERN DISTRICT OF PENNSYLVANIA
## JOHNSTOWN DIVISION

IN RE:                                                    Case No. 18-70832-JAD
                                                                      Chapter 13

William R. Citeroni

Debtor(s).

## **NOTICE OF ADDRESS CHANGE**

**WBL SPE III, LLC.**, hereby changes its address for its claim number 19 filed on 02/07/2019 in this case. This claim will now be serviced care of Aureus Special Asset Management, an affiliate of Pacific General.

| **Previous Address for Payments:** | **New Address for Payments:** |
|---|---|
| World Business Lenders, LLC<br>101 Hudson Street, 33rd Floor<br>Jersey City, NJ 07302 | WBL SPE III, LLC<br>540 Madison Avenue - 18th floor<br>New York, NY 10022 |

                                             By:     */s/ Daniel P. Jones, Esquire*
                                                             Daniel P. Jones, Esquire,
                                                             Bar No: 321876
                                                             Stern & Eisenberg, PC
                                                             1581 Main Street, Suite 200
                                                             The Shops at Valley Square
                                                             Warrington, PA 18976
                                                             Phone: (215) 572-8111
                                                             Fax: (215) 572-5025
                                                             djones@sterneisenberg.com
                                                             Attorney for Creditor

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Address Change to be sent by electronic means via the Court's CM/ECF notification system this 2nd day of December, 2024 , to the following:

| | |
|---|---|
| Corey J. Sacca<br>20 North Pennsylvania Avenue<br>Greensburg, PA 15601<br>csacca@bononilaw.com<br>**Counsel for Debtor** | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>cmecf@chapter13trusteewdpa.com<br>**Bankruptcy Trustee** |

U.S. Trustee
Liberty Center
1000 Liberty Avenue, Suite 1316
Pittsburgh, PA
15222ustpregion03.pi.ecf@usdoj.gov
**US Trustee**

and by standard first class mail postage prepaid to:
William R. Citeroni
116 Red Maple Drive
Homer City, PA 15748

**Debtor(s)**

                                            Respectfully submitted:
                                            <u>/s/ Daniel P. Jones, Esquire</u>
                                            Daniel P. Jones