**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
6/17/25 12:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **Withdrawal of Appearances by Stephen R. Franks in Various Open Cases, and Entry of Appearance of Replacement Counsel Adam B. Hall in Various Open Cases** | : : : : : : : | Miscellaneous Case No: 25-208-GLT

Related to Docket No. 3 |

### ORDER GRANTING OMNIBUS MOTION FOR LEAVE TO WITHDRAW AND SUBSTITUE ATTORNEY IN VARIOUS PENDING CASES PURSUANT TO WDPA LBR 9010-2(g)

AND NOW, this ___17th Day of June, 2025_____, upon consideration of the Omnibus Motion to Withdraw and Substitute Attorney and for good cause shown, the Clerk of Courts for the Western District of Pennsylvania, Bankruptcy Division shall substitute attorney Adam B. Hall as the attorney of record for all open cases listed on the Exhibit attached to Movant's Motion to Substitute.

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

SKR