| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | WILLIAM R. CITERONI |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | Western District of Pennsylvania (State) |
| Case Number | 18-70832JAD |

Official Form 410C13-N

# Trustee's Notice of Disbursements Made         12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).

### Part 1: Mortgage Information

Name of claim holder: METROPOLITAN LIFE INSURANCE CO

Court claim no. (if known): 15

Last 4 digits of any number you use to identify the debtor's account: 2 6 0 7

Property Address: 116 RED MAPLE DRIVE
Number    Street

PITTSBURGH     PA    15748
City                                State   ZIP Code

### Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

### Part 3: Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 19,015.75 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 19,015.75 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. Total amount of arrearages disbursed by the trustee: | $ 19,015.75 |

| Part 4: | Postpetition Payment |
|---|---|

*Check one:*

☐ Postpetition payments are made by the debtor.

☒ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.  Total amount of postpetition payments disbursed by the trustee as of date of notice:     $ 154,806.02

b.  The last ongoing mortgage payment disbursed by the trustee was the payment due on <u>January 2026</u>. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

| Part 5: | Postpetition Fees, Expenses, and Charges |
|---|---|

Amount of postpetition fees, expenses, and charges disbursed by the trustee:     $ -0-

| Part 6: | A Response Is Required By Bankruptcy Rule 3002.1(g)(3) |
|---|---|

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ Ronda J. Winnecour
Signature

Date: 01/29/2026

Trustee: Ronda J. Winnecour
First Name    Middle Name    Last Name

Address: CHAPTER 13 TRUSTEE WD PA, 600 GRANT STREET
Number    Street

PITTSBURGH     PA     15219
City     State     ZIP Code

Contact phone: (412) 471-5566     Email: cmecf@chapter13trusteewdpa.com

| Debtor 1 | **CITERONI** | | | Case Number **18-70832JAD** | Page 1 |
|---|---|---|---|---|---|
| | Name | | | | |

# History Of Payments

### Part 3 - b (Prepetition Arrears)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 15 | METROPOLITAN LIFE INSURANCE CC | 01/28/2025 | 1321510 | Amounts Disbursed To Creditor | 4,656.51 |
| 15 | METROPOLITAN LIFE INSURANCE CC | 02/25/2025 | 1323942 | Amounts Disbursed To Creditor | 5,173.25 |
| 15 | METROPOLITAN LIFE INSURANCE CC | 03/26/2025 | 1326426 | Amounts Disbursed To Creditor | 5,130.90 |
| 15 | METROPOLITAN LIFE INSURANCE CC | 04/25/2025 | 1328893 | Amounts Disbursed To Creditor | 4,055.09 |
| | | | | Total for Claim Number 15: | 19,015.75 |
| | | | | **Total for Part 3 - b (Prepetition Arrears):** | **19,015.75** |

### Part 4 - a (Postpetition Payments)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 15 | METROPOLITAN LIFE INSURANCE CC | 04/26/2019 | 1116282 | Amounts Disbursed To Creditor | 6,511.78 |
| 15 | METROPOLITAN LIFE INSURANCE CC | 05/24/2019 | 1119677 | Amounts Disbursed To Creditor | 187.32 |
| 15 | METROPOLITAN LIFE INSURANCE CC | 06/25/2019 | 1123079 | Amounts Disbursed To Creditor | 3,215.29 |
| 15 | METROPOLITAN LIFE INSURANCE CC | 07/29/2019 | 1126519 | Amounts Disbursed To Creditor | 1,753.07 |
| 15 | METROPOLITAN LIFE INSURANCE CC | 08/27/2019 | 1129993 | Amounts Disbursed To Creditor | 134.09 |
| 15 | METROPOLITAN LIFE INSURANCE CC | 09/24/2019 | 1133283 | Amounts Disbursed To Creditor | 1,633.87 |
| 15 | METROPOLITAN LIFE INSURANCE CC | 10/24/2019 | 1136623 | Amounts Disbursed To Creditor | 1,645.49 |
| 15 | METROPOLITAN LIFE INSURANCE CC | 11/25/2019 | 1140086 | Amounts Disbursed To Creditor | 1,646.21 |
| 15 | METROPOLITAN LIFE INSURANCE CC | 12/23/2019 | 1143470 | Amounts Disbursed To Creditor | 1,646.59 |
| 15 | METROPOLITAN LIFE INSURANCE CC | 01/28/2020 | 1146920 | Amounts Disbursed To Creditor | 1,650.08 |
| 15 | METROPOLITAN LIFE INSURANCE CC | 02/25/2020 | 1150446 | Amounts Disbursed To Creditor | 2,127.39 |
| 15 | METROPOLITAN LIFE INSURANCE CC | 03/23/2020 | 1153935 | Amounts Disbursed To Creditor | 2,163.67 |
| 15 | METROPOLITAN LIFE INSURANCE CC | 04/27/2020 | 1157386 | Amounts Disbursed To Creditor | 269.91 |
| 15 | METROPOLITAN LIFE INSURANCE CC | 10/26/2020 | 1176242 | Amounts Disbursed To Creditor | 1,696.05 |
| 15 | COMMUNITY LOAN SERVICING LLC A | 12/21/2020 | 1181502 | Amounts Disbursed To Creditor | 2,714.05 |
| 15 | COMMUNITY LOAN SERVICING LLC A | 01/25/2021 | 1184432 | Amounts Disbursed To Creditor | 1,603.55 |
| 15 | COMMUNITY LOAN SERVICING LLC A | 02/22/2021 | 1187507 | Amounts Disbursed To Creditor | 1,614.65 |
| 15 | COMMUNITY LOAN SERVICING LLC A | 03/26/2021 | 1190754 | Amounts Disbursed To Creditor | 3,143.64 |
| 15 | COMMUNITY LOAN SERVICING LLC A | 05/25/2021 | 1197209 | Amounts Disbursed To Creditor | 1,599.79 |
| 15 | COMMUNITY LOAN SERVICING LLC A | 06/25/2021 | 1200024 | Amounts Disbursed To Creditor | 1,611.10 |
| 15 | COMMUNITY LOAN SERVICING LLC A | 07/26/2021 | 1203246 | Amounts Disbursed To Creditor | 1,621.41 |
| 15 | COMMUNITY LOAN SERVICING LLC A | 08/26/2021 | 1206365 | Amounts Disbursed To Creditor | 3,453.49 |
| 15 | COMMUNITY LOAN SERVICING LLC A | 10/25/2021 | 1212620 | Amounts Disbursed To Creditor | 1,745.66 |
| 15 | COMMUNITY LOAN SERVICING LLC A | 11/22/2021 | 1215655 | Amounts Disbursed To Creditor | 3,439.25 |
| 15 | COMMUNITY LOAN SERVICING LLC A | 12/23/2021 | 1218721 | Amounts Disbursed To Creditor | 1,727.64 |
| 15 | COMMUNITY LOAN SERVICING LLC A | 01/26/2022 | 1221789 | Amounts Disbursed To Creditor | 3,469.82 |
| 15 | COMMUNITY LOAN SERVICING LLC A | 02/23/2022 | 1224745 | Amounts Disbursed To Creditor | 1,742.80 |
| 15 | COMMUNITY LOAN SERVICING LLC A | 03/25/2022 | 1227613 | Amounts Disbursed To Creditor | 1,749.90 |
| 15 | COMMUNITY LOAN SERVICING LLC A | 04/26/2022 | 1230648 | Amounts Disbursed To Creditor | 1,756.30 |
| 15 | COMMUNITY LOAN SERVICING LLC A | 05/25/2022 | 1233690 | Amounts Disbursed To Creditor | 1,762.07 |
| 15 | COMMUNITY LOAN SERVICING LLC A | 07/26/2022 | 1239721 | Amounts Disbursed To Creditor | 3,542.02 |
| 15 | COMMUNITY LOAN SERVICING LLC A | 08/24/2022 | 1242642 | Amounts Disbursed To Creditor | 1,775.31 |
| 15 | COMMUNITY LOAN SERVICING LLC A | 09/27/2022 | 1245492 | Amounts Disbursed To Creditor | 1,883.30 |
| 15 | COMMUNITY LOAN SERVICING LLC A | 10/25/2022 | 1248357 | Amounts Disbursed To Creditor | 1,847.01 |
| 15 | METROPOLITAN LIFE INS | 11/23/2022 | 1252150 | Amounts Disbursed To Creditor | 1,849.27 |
| 15 | METROPOLITAN LIFE INS | 12/22/2022 | 1254913 | Amounts Disbursed To Creditor | 1,851.34 |
| 15 | METROPOLITAN LIFE INS | 02/23/2023 | 1260262 | Amounts Disbursed To Creditor | 1,854.23 |
| 15 | METROPOLITAN LIFE INS | 04/25/2023 | 1265851 | Amounts Disbursed To Creditor | 1,855.33 |
| 15 | METROPOLITAN LIFE INS | 05/25/2023 | 1268706 | Amounts Disbursed To Creditor | 1,803.53 |
| 15 | METROPOLITAN LIFE INS | 06/26/2023 | 1271605 | Amounts Disbursed To Creditor | 1,803.69 |
| 15 | METROPOLITAN LIFE INS | 07/25/2023 | 1274370 | Amounts Disbursed To Creditor | 1,782.97 |
| 15 | METROPOLITAN LIFE INS | 08/25/2023 | 1277141 | Amounts Disbursed To Creditor | 1,783.11 |
| 15 | METROPOLITAN LIFE INS | 09/26/2023 | 1279897 | Amounts Disbursed To Creditor | 1,783.22 |
| 15 | METROPOLITAN LIFE INS | 10/25/2023 | 1282606 | Amounts Disbursed To Creditor | 1,784.20 |
| 15 | METROPOLITAN LIFE INS | 11/27/2023 | 1285283 | Amounts Disbursed To Creditor | 1,907.44 |
| 15 | METROPOLITAN LIFE INS | 12/21/2023 | 1287873 | Amounts Disbursed To Creditor | 2,037.23 |
| 15 | METROPOLITAN LIFE INS | 01/26/2024 | 1290553 | Amounts Disbursed To Creditor | 2,174.54 |
| 15 | METROPOLITAN LIFE INS | 02/26/2024 | 1293218 | Amounts Disbursed To Creditor | 2,387.48 |
| 15 | METROPOLITAN LIFE INS | 03/26/2024 | 1295863 | Amounts Disbursed To Creditor | 2,548.95 |
| 15 | METROPOLITAN LIFE INSURANCE CC | 04/25/2024 | 1298512 | Amounts Disbursed To Creditor | 2,647.61 |
| 15 | METROPOLITAN LIFE INSURANCE CC | 05/29/2024 | 1301223 | Amounts Disbursed To Creditor | 2,832.89 |
| 15 | METROPOLITAN LIFE INSURANCE CC | 06/25/2024 | 1303759 | Amounts Disbursed To Creditor | 3,019.65 |
| 15 | METROPOLITAN LIFE INSURANCE CC | 07/25/2024 | 1306355 | Amounts Disbursed To Creditor | 3,284.37 |
| 15 | METROPOLITAN LIFE INSURANCE CC | 08/26/2024 | 1308933 | Amounts Disbursed To Creditor | 3,547.26 |
| 15 | METROPOLITAN LIFE INSURANCE CC | 09/25/2024 | 1311522 | Amounts Disbursed To Creditor | 5,054.71 |
| 15 | METROPOLITAN LIFE INSURANCE CC | 10/25/2024 | 1314048 | Amounts Disbursed To Creditor | 3,723.13 |
| 15 | METROPOLITAN LIFE INSURANCE CC | 11/25/2024 | 1316613 | Amounts Disbursed To Creditor | 4,299.33 |
| 15 | METROPOLITAN LIFE INSURANCE CC | 12/23/2024 | 1319018 | Amounts Disbursed To Creditor | 4,703.61 |

| Debtor 1 | **CITERONI** | | Case Number **18-70832JAD** | Page 2 |
|---|---|---|---|---|
| | Name | | | |

# History Of Payments

**Part 4 - a (Postpetition Payments)**

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 15 | METROPOLITAN LIFE INSURANCE CC | 01/28/2025 | 1321510 | Amounts Disbursed To Creditor | 1,800.07 |
| 15 | METROPOLITAN LIFE INSURANCE CC | 02/25/2025 | 1323942 | Amounts Disbursed To Creditor | 1,800.07 |
| 15 | METROPOLITAN LIFE INSURANCE CC | 03/26/2025 | 1326426 | Amounts Disbursed To Creditor | 1,800.07 |
| 15 | METROPOLITAN LIFE INSURANCE CC | 04/25/2025 | 1328893 | Amounts Disbursed To Creditor | 1,800.07 |
| 15 | METROPOLITAN LIFE INSURANCE CC | 05/23/2025 | 1331314 | Amounts Disbursed To Creditor | 1,800.07 |
| 15 | METROPOLITAN LIFE INSURANCE CC | 06/25/2025 | 1333753 | Amounts Disbursed To Creditor | 1,800.07 |
| 15 | METROPOLITAN LIFE INSURANCE CC | 07/25/2025 | 1336227 | Amounts Disbursed To Creditor | 1,800.07 |
| 15 | METROPOLITAN LIFE INSURANCE CC | 08/26/2025 | 1338640 | Amounts Disbursed To Creditor | 1,800.07 |
| 15 | METROPOLITAN LIFE INSURANCE CC | 09/25/2025 | 1341049 | Amounts Disbursed To Creditor | 1,800.07 |
| 15 | METROPOLITAN LIFE INSURANCE CC | 10/24/2025 | 1343530 | Amounts Disbursed To Creditor | 3,022.29 |
| 15 | METROPOLITAN LIFE INSURANCE CC | 11/21/2025 | 1345829 | Amounts Disbursed To Creditor | 3,180.44 |
| | | | | Total for Claim Number 15: | 154,806.02 |
| | | | | **Total for Part 4 - a (Postpetition Payments):** | **154,806.02** |

**Certificate of Serivce**

I hereby cerify that on the date shown below, I served a true and correct copy of Trustee's Notice of Disbursements Made upon the following, by regular United States mail, postage prepaid, addressed as follows:

WILLIAM R. CITERONI
116 RED MAPLE DRIVE
HOMER CITY, PA  15748

COREY J SACCA ESQ
BONONI & COMPANY PC
20 N PENNSYLVANIA AVE - SUITE 201
GREENSBURG, PA  15601

MANLEY DEAS KOCHALSKI LLC
PO BOX 165028
COLUMBUS, OH  43216-5028

RUSHMORE SERVICING
PO BOX 619096
DALLAS, TX  75261-9741

METROPOLITAN LIFE INSURANCE CO
C/O RUSHMORE SERVICING
PO BOX 619094
DALLAS, TX  75261-9741


Dated: 01/29/2026

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee