**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

WILLIAM R. CITERONI

        Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
        Movant
     vs.
No Respondents.

Case No.:18-70832 JAD

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

February 24, 2026

/s/  Ronda J. Winnecour
_____
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 11/29/2018 and confirmed on 2/26/19 . The case was subsequently       Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 670,580.00 |
| Less Refunds to Debtor | 17,781.37 | |
| TOTAL AMOUNT OF PLAN FUND | | 652,798.63 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 0.00 | |
|   Trustee Fee | 32,876.09 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 32,876.09 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| METROPOLITAN LIFE INSURANCE CO | 0.00 | 154,806.02 | 0.00 | 154,806.02 |
|   Acct: 2607 | | | | |
| WELLS FARGO BANK NA - TRUSTEE | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 3758 | | | | |
| METROPOLITAN LIFE INSURANCE CO | 19,015.75 | 19,015.75 | 0.00 | 19,015.75 |
|   Acct: 2607 | | | | |
| WELLS FARGO BANK NA - TRUSTEE | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 3758 | | | | |
| FARMERS NATIONAL BANK OF CANFIELD | 3,864.31 | 3,864.31 | 1,259.13 | 5,123.44 |
|   Acct: 7239 | | | | |
| FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 0614 | | | | |
| WBL SPE III LLC | 300,000.00 | 300,000.00 | 54,861.25 | 354,861.25 |
|   Acct: 6604 | | | | |
| FARMERS NATIONAL BANK OF CANFIELD | 607.05 | 607.05 | 222.51 | 829.56 |
|   Acct: 2711 | | | | |
| CITIZENS BANK NA | 23,148.45 | 23,148.45 | 4,297.75 | 27,446.20 |
|   Acct: 1983 | | | | |
| HUNTINGTON NATIONAL BANK(*) | 12,761.93 | 12,761.93 | 2,600.33 | 15,362.26 |
|   Acct: 3105 | | | | |
| | | | | 577,444.48 |
| **Priority** | | | | |
| COREY J SACCA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| WILLIAM R. CITERONI | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| WILLIAM R. CITERONI | 17,781.37 | 17,781.37 | 0.00 | 0.00 |
|   Acct: | | | | |
| BONONI & COMPANY PC** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| ACAR LEASING LTD D/B/A GM FINANCIAL | 8,543.96 | 8,543.96 | 0.00 | 8,543.96 |
|   Acct: 9599 | | | | |
| | | | | 8,543.96 |

18-70832 JAD

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Unsecured** | | | | |
| BARCLAYS BANK DELAWARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8744 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 5,313.99 | 531.40 | 0.00 | 531.40 |
| Acct: 6595 | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4399 | | | | |
| CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5499 | | | | |
| MERRICK BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1381 | | | | |
| SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0475 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8672 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENIT | 2,376.69 | 237.67 | 0.00 | 237.67 |
| Acct: 9605 | | | | |
| LVNV FUNDING LLC | 2,426.76 | 242.68 | 0.00 | 242.68 |
| Acct: 8685 | | | | |
| DISCOVER BANK(*) | 6,851.46 | 685.15 | 0.00 | 685.15 |
| Acct: 8710 | | | | |
| FARMERS NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0317 | | | | |
| FIRST NATIONAL CREDIT CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1799 | | | | |
| LVNV FUNDING LLC | 223,634.34 | 22,363.43 | 0.00 | 22,363.43 |
| Acct: 8816 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 519.19 | 51.92 | 0.00 | 51.92 |
| Acct: 6457 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 886.54 | 88.65 | 0.00 | 88.65 |
| Acct: 1378 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 977.67 | 97.77 | 0.00 | 97.77 |
| Acct: 4997 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 8,234.41 | 823.44 | 0.00 | 823.44 |
| Acct: 3371 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 3,681.85 | 368.19 | 0.00 | 368.19 |
| Acct: 1541 | | | | |
| US BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9677 | | | | |
| US DEPARTMENT OF EDUCATION | 9,125.82 | 912.58 | 0.00 | 912.58 |
| Acct: 9578 | | | | |
| LVNV FUNDING LLC | 663.05 | 66.31 | 0.00 | 66.31 |
| Acct: 0465 | | | | |
| WBL SPE III LLC | 74,649.12 | 7,464.91 | 0.00 | 7,464.91 |
| Acct: 6604 | | | | |
| ACAR LEASING LTD D/B/A GM FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9599 | | | | |
| CONSOLIDATED RECOVERY GROUP LLC | 790.55 | 0.00 | 0.00 | 0.00 |
| Acct: 9578 | | | | |
| MARINER FINANCE LLC | 2,661.31 | 0.00 | 0.00 | 0.00 |
| Acct: 4369 | | | | |
| CITIBANK NA | 1,587.80 | 0.00 | 0.00 | 0.00 |
| Acct: 1886 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0405 | | | | |
| CHRISTOPHER M MCMONAGLE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHELAN HALLINAN DIAMOND & JONES LI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

18-70832 JAD                                                                    Page 3 of 3

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| STEPHEN R FRANKS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILLIAM CRAIG ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ROBERTSON ANSCHUTZ SCHNEID CRAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MANLEY DEAS KOCHALSKI LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 33,934.10 |

TOTAL PAID TO CREDITORS                                                         619,922.54

TOTAL CLAIMED
PRIORITY            8,543.96
SECURED           359,397.49
UNSECURED         344,380.55

Date: 02/24/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    WILLIAM R. CITERONI

        Debtor(s)

    Ronda J. Winnecour
          Movant
         vs.
    No Repondents.

Case No.:18-70832 JAD

Chapter 13

Document No.:

**ORDER OF COURT**

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminate and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                        Case No. 18-70832-JAD

William R. Citeroni                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7                    User: auto                              Page 1 of 4

Date Rcvd: Feb 25, 2026                 Form ID: pdf900                          Total Noticed: 55

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William R. Citeroni, 116 Red Maple Drive, Homer City, PA 15748-6908 |
| 14957573 | + | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 14988180 | + | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1837 |
| 15064159 | + | CONSOLIDATED RECOVERY GROUP, LLC, 1835A S. CENTRE CITY PKWY, STE. 402, ESCONDIDO, CA 92025-6525 |
| 14957579 | + | Cnsldtd Rcvy, 425 W 5th Ave Ste 103, Escondido, CA 92025-4843 |
| 14972514 | + | One Citizens Bank Way JCA114, Johnston RI 02919-1922 |
| 16466757 | + | WBL SPE III, LLC, c/o Aureus Special Asset Management, 540 Madison Avenue - 18th Floor, New York, NY 10022-3213 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 26 2026 00:17:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 14980063 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 26 2026 00:17:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 14957571 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 26 2026 00:17:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14957572 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 26 2026 00:17:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14957578 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 26 2026 00:17:00 | Citizens Bank, Attention: ROP-15B, 1 Citizens Drive, Riverside, RI 02940 |
| 14972517 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 26 2026 00:17:00 | Citizens Bank NA, One Citizens Bank Way JCA 115, Johnston RI 02919 |
| 14957574 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 26 2026 00:30:01 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14984216 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 26 2026 00:30:23 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14957575 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 26 2026 00:30:01 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850-5298 |
| 14957576 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 26 2026 00:30:05 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14991393 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 26 2026 00:30:27 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14957577 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 26 2026 00:30:17 | Citibank/The Home Depot, Attn: |

| | | | |
|---|---|---|---|
| | | | Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14957580 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 26 2026 00:17:00 | Comenitybank/wayfair, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14957581 | + Email/PDF: creditonebknotifications@resurgent.com | Feb 26 2026 00:30:03 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14960870 | Email/Text: mrdiscen@discover.com | Feb 26 2026 00:17:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14957582 | + Email/Text: mrdiscen@discover.com | Feb 26 2026 00:17:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14992388 | Email/Text: rthomas@farmersbankgroup.com | Feb 26 2026 00:17:00 | Farmers National Bank of Canfield, PO Box 228, Niles, OH 44446 |
| 14957583 | Email/Text: rthomas@farmersbankgroup.com | Feb 26 2026 00:17:00 | Farmers Ntl, 20 S Broad St, Canfield, OH 44406 |
| 14957584 | Email/Text: BNSFN@capitalsvcs.com | Feb 26 2026 00:17:00 | First Nataional Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 14957585 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Feb 26 2026 00:17:00 | First National Bank, Attn: Bankruptcy, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14957586 | + Email/Text: bankruptcy@huntington.com | Feb 26 2026 00:17:00 | Huntington Natl Bk, Attn: Bankruptcy, Po Box 340996, Columbus, OH 43234-0996 |
| 15184264 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 26 2026 00:30:04 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15160154 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 26 2026 00:30:04 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14966266 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 26 2026 00:30:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14966267 | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 26 2026 00:30:01 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14957587 | + Email/Text: bankruptcy@marinerfinance.com | Feb 26 2026 00:17:00 | Mariner Finance, LLC, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 15544326 | + Email/Text: nsm_bk_notices@mrcooper.com | Feb 26 2026 00:17:00 | Metropolitan Life, c/o Nationstar Mortgage, LLC, PO Box 619094, Dallas, TX 75261-9094 |
| 15706538 | + Email/Text: nsm_bk_notices@mrcooper.com | Feb 26 2026 00:17:00 | Metropolitan Life, c/o Rushmore Servicing, PO Box 619094, Dallas, TX 75261-9094 |
| 15302427 | + Email/Text: nsm_bk_notices@mrcooper.com | Feb 26 2026 00:17:00 | Metropolitan Life Insurance Company, c/o Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1837 |
| 14957588 | + Email/Text: BKEBN-Notifications@ocwen.com | Feb 26 2026 00:17:00 | Ocwen Loan Servicing, Attn: Research/Bankruptcy, 1661 Worthington Rd Ste 100, West Palm Beach, FL 33409-6493 |
| 14957589 | + Email/Text: bankruptcy@ondeck.com | Feb 26 2026 00:18:00 | On Deck Capital Inc., 1400 Broadway, 25th Floor, New York, NY 10018-5225 |
| 14986582 | + Email/Text: bankruptcy@ondeck.com | Feb 26 2026 00:18:00 | On Deck Capital, Inc., 101 West Colfax Ave., 10th Floor, Denver, CO 80202-5183 |
| 14986984 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 26 2026 00:30:03 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14958881 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 26 2026 00:30:25 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14986579 | Email/Text: bnc-quantum@quantum3group.com | Feb 26 2026 00:17:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14991087 | + Email/Text: bncmail@w-legal.com | | |

District/off: 0315-7 | User: auto | Page 3 of 4
Date Rcvd: Feb 25, 2026 | Form ID: pdf900 | Total Noticed: 55

| | | | |
|---|---|---|---|
| | | Feb 26 2026 00:18:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14957590 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2026 00:30:12 | Syncb/hdceap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14957591 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2026 00:30:22 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14957592 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2026 00:30:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14957593 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2026 00:30:12 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14957594 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2026 00:30:12 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14975439 | + Email/Text: bankruptcy@huntington.com | Feb 26 2026 00:17:00 | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |
| 14957595 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 26 2026 00:30:28 | Trac/CBCD/Citicorp, Citicorp Credit/Centralized Bankrupty, Po Box 20507, Kansas City, MO 64195-0507 |
| 14994053 | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Feb 26 2026 00:17:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI, 53708-8973 |
| 14957596 | Email/Text: USB_BNC_Emails@g2risksolutions.com | Feb 26 2026 00:17:00 | US Bank/RMS CC, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201 |
| 14957597 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Feb 26 2026 00:17:00 | US Deptartment of Education/Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 14991125 | ^ MEBN | Feb 26 2026 00:12:39 | WBL SPE III, LLC, c/o Stern & Eisenberg, PC, 1581 Main St. Suite 200, Warrington, PA 18976-3403 |
| 14975608 | Email/Text: BKEBN-Notifications@ocwen.com | Feb 26 2026 00:17:00 | WELLS FARGO BANK, N.A., et.al., OCWEN LOAN SERVICING, LLC, ATTN: BANKRUPTCY DEPARTMENT, P.O. BOX 24605, WEST PALM BEACH FL 33416-4605 |

TOTAL: 48

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing as servicer for Metropolita |
| cr | | Huntington National Bank |
| cr | | Metropolitan Life Insurance Company |
| cr | | WBL SPE III, LLC |
| cr | | WELLS FARGO BANK, N.A. ET. AL. |
| cr | *+ | ACAR Leasing LTD d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | * | Merrick Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14957598 | ##+ | WBL SPE III, LLC, c/o Jaclyn M. DiPaola, Flaherty Fardo LLC, 812 Ivy Street, Pittsburgh, PA 15232-2406 |

TOTAL: 5 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

District/off: 0315-7                         User: auto                                    Page 4 of 4
Date Rcvd: Feb 25, 2026                     Form ID: pdf900                              Total Noticed: 55

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2026                     Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2026 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Adam Bradley Hall | on behalf of Creditor Metropolitan Life Insurance Company amps@manleydeas.com |
| Adam Bradley Hall | on behalf of Creditor Huntington National Bank amps@manleydeas.com |
| Charles Griffin Wohlrab | on behalf of Creditor Metropolitan Life Insurance Company bkecf@friedmanvartolo.com  cwohlrab@ecf.courtdrive.com |
| Christopher M. McMonagle | on behalf of Creditor WBL SPE III  LLC christopher.mcmonagle@bbs-law.com, bkecf@sterneisenberg.com |
| Corey J. Sacca | on behalf of Debtor William R. Citeroni csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com;corey-sacca-3942@ecf.pacerpro.com |
| Daniel Philip Jones | on behalf of Creditor WBL SPE III  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Denise Carlon | on behalf of Creditor Metropolitan Life Insurance Company dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Bayview Loan Servicing as servicer for Metropolitan Life Insurance dcarlon@kmllawgroup.com |
| Maria Miksich | on behalf of Creditor Metropolitan Life Insurance Company mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor WELLS FARGO BANK  N.A. ET. AL. pawb@fedphe.com |
| William E. Craig | on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing wcraig@egalawfirm.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 13