**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | William R. Citeroni | Social Security number or ITIN   xxx–xx–9578 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   18–70832–JAD

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

William R. Citeroni

5/5/26

**By the court:** Jeffery A. Deller
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 18-70832-JAD

William R. Citeroni                                                                   Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-7 | User: auto | Page 1 of 4 |
|---|---|---|
| Date Rcvd: May 05, 2026 | Form ID: 3180W | Total Noticed: 57 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William R. Citeroni, 116 Red Maple Drive, Homer City, PA 15748-6908 |
| 15064159 | + | CONSOLIDATED RECOVERY GROUP, LLC, 1835A S. CENTRE CITY PKWY, STE. 402, ESCONDIDO, CA 92025-6525 |
| 14957579 | + | Cnsldtd Rcvy, 425 W 5th Ave Ste 103, Escondido, CA 92025-4843 |
| 14972514 | + | One Citizens Bank Way JCA114, Johnston RI 02919-1922 |
| 16466757 | + | WBL SPE III, LLC, c/o Aureus Special Asset Management, 540 Madison Avenue - 18th Floor, New York, NY 10022-3213 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | May 06 2026 05:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | May 06 2026 05:38:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PHINAMERI.COM | May 06 2026 05:38:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 14980063 | + | EDI: PHINAMERI.COM | May 06 2026 05:38:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 14957571 | + | EDI: PHINAMERI.COM | May 06 2026 05:38:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14957572 | + | EDI: TSYS2 | May 06 2026 05:38:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14957573 | + | EDI: LCIBAYLN | May 06 2026 05:38:00 | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 14988180 | + | EDI: LCIBAYLN | May 06 2026 05:38:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1837 |
| 14957578 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 06 2026 01:47:00 | Citizens Bank, Attention: ROP-15B, 1 Citizens Drive, Riverside, RI 02940 |
| 14972517 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 06 2026 01:47:00 | Citizens Bank NA, One Citizens Bank Way JCA 115, Johnston RI 02919 |
| 14957574 | + | EDI: CAPITALONE.COM | May 06 2026 05:38:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14984216 | | EDI: CAPITALONE.COM | | |

District/off: 0315-7 | User: auto | Page 2 of 4
Date Rcvd: May 05, 2026 | Form ID: 3180W | Total Noticed: 57

| | | | | |
|---|---|---|---|---|
| | | | May 06 2026 05:38:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14957575 | + | EDI: JPMORGANCHASE | May 06 2026 05:38:00 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850-5298 |
| 14957576 | + | EDI: CITICORP | May 06 2026 05:38:00 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14991393 | + | EDI: CITICORP | May 06 2026 05:38:00 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14957577 | + | EDI: CITICORP | May 06 2026 05:38:00 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14957580 | + | EDI: WFNNB.COM | May 06 2026 05:38:00 | Comenitybank/wayfair, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14957581 | + | Email/PDF: creditonebknotifications@resurgent.com | May 06 2026 01:45:31 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14960870 | | EDI: DISCOVER | May 06 2026 05:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14957582 | + | EDI: DISCOVER | May 06 2026 05:38:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14992388 | | Email/Text: rthomas@farmersbankgroup.com | May 06 2026 01:47:00 | Farmers National Bank of Canfield, PO Box 228, Niles, OH 44446 |
| 14957583 | | Email/Text: rthomas@farmersbankgroup.com | May 06 2026 01:47:00 | Farmers Ntl, 20 S Broad St, Canfield, OH 44406 |
| 14957584 | | Email/Text: BNSFN@capitalsvcs.com | May 06 2026 01:47:00 | First Nataional Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 14957585 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | May 06 2026 01:47:00 | First National Bank, Attn: Bankruptcy, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14957586 | + | Email/Text: bankruptcy@huntington.com | May 06 2026 01:48:00 | Huntington Natl Bk, Attn: Bankruptcy, Po Box 340996, Columbus, OH 43234-0996 |
| 15184264 | | Email/PDF: resurgentbknotifications@resurgent.com | May 06 2026 02:01:59 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15160154 | | Email/PDF: resurgentbknotifications@resurgent.com | May 06 2026 02:02:02 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14966266 | | Email/PDF: resurgentbknotifications@resurgent.com | May 06 2026 02:01:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14966267 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 06 2026 01:45:24 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14957587 | + | Email/Text: bankruptcy@marinerfinance.com | May 06 2026 01:47:00 | Mariner Finance, LLC, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 15544326 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 06 2026 01:47:00 | Metropolitan Life, c/o Nationstar Mortgage, LLC, PO Box 619094, Dallas, TX 75261-9094 |
| 15706538 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 06 2026 01:47:00 | Metropolitan Life, c/o Rushmore Servicing, PO Box 619094, Dallas, TX 75261-9094 |
| 15302427 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 06 2026 01:47:00 | Metropolitan Life Insurance Company, c/o Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1837 |
| 14957588 | + | EDI: LCIPHHMRGT | May 06 2026 05:38:00 | Ocwen Loan Servicing, Attn: Research/Bankruptcy, 1661 Worthington Rd Ste 100, West Palm Beach, FL 33409-6493 |
| 14957589 | + | Email/Text: bankruptcy@ondeck.com | May 06 2026 01:48:00 | On Deck Capital Inc., 1400 Broadway, 25th Floor, New York, NY 10018-5225 |

District/off: 0315-7               User: auto                              Page 3 of 4

Date Rcvd: May 05, 2026            Form ID: 3180W                    Total Noticed: 57

| Recip ID | | Notice/Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14986582 | + | Email/Text: bankruptcy@ondeck.com | May 06 2026 01:48:00 | On Deck Capital, Inc., 101 West Colfax Ave., 10th Floor, Denver, CO 80202-5183 |
| 14986984 | | EDI: PRA.COM | May 06 2026 05:38:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14958881 | + | EDI: PRA.COM | May 06 2026 05:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14986579 | | EDI: Q3G.COM | May 06 2026 05:38:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14991087 | + | Email/Text: bncmail@w-legal.com | May 06 2026 01:48:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14957590 | + | EDI: SYNC | May 06 2026 05:38:00 | Syncb/hdceap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14957591 | + | EDI: SYNC | May 06 2026 05:38:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14957592 | + | EDI: SYNC | May 06 2026 05:38:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14957593 | + | EDI: SYNC | May 06 2026 05:38:00 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14957594 | + | EDI: SYNC | May 06 2026 05:38:00 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14975439 | + | Email/Text: bankruptcy@huntington.com | May 06 2026 01:48:00 | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |
| 14957595 | + | EDI: CITICORP | May 06 2026 05:38:00 | Trac/CBCD/Citicorp, Citicorp Credit/Centralized Bankruptcy, Po Box 20507, Kansas City, MO 64195-0507 |
| 14994053 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 06 2026 01:48:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI, 53708-8973 |
| 14957596 | | EDI: USBANKARS.COM | May 06 2026 05:38:00 | US Bank/RMS CC, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201 |
| 14957597 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 06 2026 01:48:00 | US Deptartment of Education/Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 14991125 | ^ | MEBN | May 06 2026 01:43:08 | WBL SPE III, LLC, c/o Stern & Eisenberg, PC, 1581 Main St. Suite 200, Warrington, PA 18976-3403 |
| 14975608 | | EDI: LCIPHHMRGT | May 06 2026 05:38:00 | WELLS FARGO BANK, N.A., et.al., OCWEN LOAN SERVICING, LLC, ATTN: BANKRUPTCY DEPARTMENT, P.O. BOX 24605, WEST PALM BEACH FL 33416-4605 |

TOTAL: 52

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing as servicer for Metropolita |
| cr | | Huntington National Bank |
| cr | | Metropolitan Life Insurance Company |
| cr | | WBL SPE III, LLC |
| cr | | WELLS FARGO BANK, N.A. ET. AL. |
| cr | *+ | ACAR Leasing LTD d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |

| cr | * | Merrick Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14957598 | ##+ | WBL SPE III, LLC, c/o Jaclyn M. DiPaola, Flaherty Fardo LLC, 812 Ivy Street, Pittsburgh, PA 15232-2406 |

TOTAL: 5 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor Huntington National Bank amps@manleydeas.com |
| Adam Bradley Hall | on behalf of Creditor Metropolitan Life Insurance Company amps@manleydeas.com |
| Charles Griffin Wohlrab | on behalf of Creditor Metropolitan Life Insurance Company bkecf@friedmanvartolo.com  cwohlrab@ecf.courtdrive.com |
| Christopher M. McMonagle | on behalf of Creditor WBL SPE III  LLC christopher.mcmonagle@bbs-law.com, bkecf@sterneisenberg.com |
| Corey J. Sacca | on behalf of Debtor William R. Citeroni csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com;corey-sacca-3942@ecf.pacerpro.com |
| Daniel Philip Jones | on behalf of Creditor WBL SPE III  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Maria Miksich | on behalf of Creditor Metropolitan Life Insurance Company mmiksich@kmllawgroup.com |
| Matthew Fissel | on behalf of Creditor Bayview Loan Servicing as servicer for Metropolitan Life Insurance bkgroup@kmllawgroup.com wbecf@brockandscott.com |
| Matthew Fissel | on behalf of Creditor Metropolitan Life Insurance Company bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor WELLS FARGO BANK  N.A. ET. AL. pawb@fedphe.com |
| William E. Craig | on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing wcraig@egalawfirm.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 13