**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**DEFAULT O/E JAD**

IN RE:
    WILLIAM R. CITERONI

        Debtor(s)

Ronda J. Winnecour
        Movant
        vs.
No Repondents.

Case No.:18-70832 JAD

Chapter 13

Related to Doc No.:  134

**ORDER OF COURT**

AND NOW, this _____5th_____ day of __May_____, 20 26 , upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminate and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____ sjk
U.S. BANKRUPTCY JUDGE

Jeffery A. Deller

FILED
5/5/26 12:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-70832-JAD |
| William R. Citeroni | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 4 |
| Date Rcvd: May 05, 2026 | Form ID: pdf900 | Total Noticed: 55 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William R. Citeroni, 116 Red Maple Drive, Homer City, PA 15748-6908 |
| 14957573 | + | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 14988180 | + | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1837 |
| 15064159 | + | CONSOLIDATED RECOVERY GROUP, LLC, 1835A S. CENTRE CITY PKWY, STE. 402, ESCONDIDO, CA 92025-6525 |
| 14957579 | + | Cnsldtd Rcvy, 425 W 5th Ave Ste 103, Escondido, CA 92025-4843 |
| 14972514 | + | One Citizens Bank Way JCA114, Johnston RI 02919-1922 |
| 14957596 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, US Bank/RMS CC, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201 |
| 16466757 | + | WBL SPE III, LLC, c/o Aureus Special Asset Management, 540 Madison Avenue - 18th Floor, New York, NY 10022-3213 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 06 2026 01:48:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 14980063 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 06 2026 01:48:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 14957571 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 06 2026 01:48:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14957572 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 06 2026 01:47:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14957578 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 06 2026 01:47:00 | Citizens Bank, Attention: ROP-15B, 1 Citizens Drive, Riverside, RI 02940 |
| 14972517 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 06 2026 01:47:00 | Citizens Bank NA, One Citizens Bank Way JCA 115, Johnston RI 02919 |
| 14957574 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 06 2026 01:45:24 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14984216 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 06 2026 01:45:18 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14957575 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 06 2026 01:45:24 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850-5298 |
| 14957576 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 06 2026 02:02:46 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14991393 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

District/off: 0315-7                      User: auto                                    Page 2 of 4

Date Rcvd: May 05, 2026                   Form ID: pdf900                               Total Noticed: 55

| | | | |
|---|---|---|---|
| | | May 06 2026 02:02:46 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14957577 | + Email/PDF: Citi.BNC.Correspondence@citi.com | May 06 2026 02:02:57 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14957580 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 06 2026 01:48:00 | Comenitybank/wayfair, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14957581 | + Email/PDF: creditonebknotifications@resurgent.com | May 06 2026 01:45:19 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14960870 | Email/Text: mrdiscen@discover.com | May 06 2026 01:47:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14957582 | + Email/Text: mrdiscen@discover.com | May 06 2026 01:47:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14992388 | Email/Text: rthomas@farmersbankgroup.com | May 06 2026 01:47:00 | Farmers National Bank of Canfield, PO Box 228, Niles, OH 44446 |
| 14957583 | Email/Text: rthomas@farmersbankgroup.com | May 06 2026 01:47:00 | Farmers Ntl, 20 S Broad St, Canfield, OH 44406 |
| 14957584 | Email/Text: BNSFN@capitalsvcs.com | May 06 2026 01:47:00 | First Nataional Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 14957585 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | May 06 2026 01:47:00 | First National Bank, Attn: Bankruptcy, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14957586 | + Email/Text: bankruptcy@huntington.com | May 06 2026 01:48:00 | Huntington Natl Bk, Attn: Bankruptcy, Po Box 340996, Columbus, OH 43234-0996 |
| 15184264 | Email/PDF: resurgentbknotifications@resurgent.com | May 06 2026 02:02:46 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15160154 | Email/PDF: resurgentbknotifications@resurgent.com | May 06 2026 02:01:58 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14966266 | Email/PDF: resurgentbknotifications@resurgent.com | May 06 2026 02:02:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14966267 | Email/PDF: MerrickBKNotifications@Resurgent.com | May 06 2026 01:45:18 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14957587 | + Email/Text: bankruptcy@marinerfinance.com | May 06 2026 01:47:00 | Mariner Finance, LLC, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 15544326 | + Email/Text: nsm_bk_notices@mrcooper.com | May 06 2026 01:47:00 | Metropolitan Life, c/o Nationstar Mortgage, LLC, PO Box 619094, Dallas, TX 75261-9094 |
| 15706538 | + Email/Text: nsm_bk_notices@mrcooper.com | May 06 2026 01:47:00 | Metropolitan Life, c/o Rushmore Servicing, PO Box 619094, Dallas, TX 75261-9094 |
| 15302427 | + Email/Text: nsm_bk_notices@mrcooper.com | May 06 2026 01:47:00 | Metropolitan Life Insurance Company, c/o Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1837 |
| 14957588 | + Email/Text: BKEBN-Notifications@ocwen.com | May 06 2026 01:47:00 | Ocwen Loan Servicing, Attn: Research/Bankruptcy, 1661 Worthington Rd Ste 100, West Palm Beach, FL 33409-6493 |
| 14957589 | + Email/Text: bankruptcy@ondeck.com | May 06 2026 01:48:00 | On Deck Capital Inc., 1400 Broadway, 25th Floor, New York, NY 10018-5225 |
| 14986582 | + Email/Text: bankruptcy@ondeck.com | May 06 2026 01:48:00 | On Deck Capital, Inc., 101 West Colfax Ave., 10th Floor, Denver, CO 80202-5183 |
| 14986984 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 06 2026 01:45:32 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14958881 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 06 2026 01:45:25 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

District/off: 0315-7        User: auto        Page 3 of 4

Date Rcvd: May 05, 2026        Form ID: pdf900        Total Noticed: 55

| Recip ID | | Notice | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14986579 | | Email/Text: bnc-quantum@quantum3group.com | May 06 2026 01:48:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14991087 | + | Email/Text: bncmail@w-legal.com | May 06 2026 01:48:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14957590 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 06 2026 01:45:30 | Syncb/hdceap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14957591 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 06 2026 01:45:30 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14957592 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 06 2026 01:45:31 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14957593 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 06 2026 01:45:30 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14957594 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 06 2026 01:45:30 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14975439 | + | Email/Text: bankruptcy@huntington.com | May 06 2026 01:48:00 | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |
| 14957595 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 06 2026 02:17:12 | Trac/CBCD/Citicorp, Citicorp Credit/Centralized Bankruptcy, Po Box 20507, Kansas City, MO 64195-0507 |
| 14994053 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 06 2026 01:48:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI, 53708-8973 |
| 14957596 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 06 2026 01:48:00 | US Bank/RMS CC, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201 |
| 14957597 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 06 2026 01:48:00 | US Deptartment of Education/Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 14991125 | ^ | MEBN | May 06 2026 01:43:12 | WBL SPE III, LLC, c/o Stern & Eisenberg, PC, 1581 Main St. Suite 200, Warrington, PA 18976-3403 |
| 14975608 | | Email/Text: BKEBN-Notifications@ocwen.com | May 06 2026 01:47:00 | WELLS FARGO BANK, N.A., et.al., OCWEN LOAN SERVICING, LLC, ATTN: BANKRUPTCY DEPARTMENT, P.O. BOX 24605, WEST PALM BEACH FL 33416-4605 |

TOTAL: 48

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing as servicer for Metropolita |
| cr | | Huntington National Bank |
| cr | | Metropolitan Life Insurance Company |
| cr | | WBL SPE III, LLC |
| cr | | WELLS FARGO BANK, N.A. ET. AL. |
| cr | *+ | ACAR Leasing LTD d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | * | Merrick Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14957598 | ##+ | WBL SPE III, LLC, c/o Jaclyn M. DiPaola, Flaherty Fardo LLC, 812 Ivy Street, Pittsburgh, PA 15232-2406 |

TOTAL: 5 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

District/off: 0315-7        User: auto        Page 4 of 4

Date Rcvd: May 05, 2026        Form ID: pdf900        Total Noticed: 55

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2026        Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2026 at the address(es) listed below:**

**Name**        **Email Address**

Adam Bradley Hall

on behalf of Creditor Metropolitan Life Insurance Company amps@manleydeas.com

Adam Bradley Hall

on behalf of Creditor Huntington National Bank amps@manleydeas.com

Charles Griffin Wohlrab

on behalf of Creditor Metropolitan Life Insurance Company bkecf@friedmanvartolo.com  cwohlrab@ecf.courtdrive.com

Christopher M. McMonagle

on behalf of Creditor WBL SPE III  LLC christopher.mcmonagle@bbs-law.com, bkecf@sterneisenberg.com

Corey J. Sacca

on behalf of Debtor William R. Citeroni csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com;corey-sacca-3942@ecf.pacerpro.com

Daniel Philip Jones

on behalf of Creditor WBL SPE III  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com

Maria Miksich

on behalf of Creditor Metropolitan Life Insurance Company mmiksich@kmllawgroup.com

Matthew Fissel

on behalf of Creditor Bayview Loan Servicing as servicer for Metropolitan Life Insurance bkgroup@kmllawgroup.com wbecf@brockandscott.com

Matthew Fissel

on behalf of Creditor Metropolitan Life Insurance Company bkgroup@kmllawgroup.com  wbecf@brockandscott.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

Thomas Song

on behalf of Creditor WELLS FARGO BANK  N.A. ET. AL. pawb@fedphe.com

William E. Craig

on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing wcraig@egalawfirm.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 13